**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Yellow Group LLC; Yellow Cab Affiliation Inc.; Taxi Affiliation Services LLC; YC1 LLC; 5 Star Flash, Inc.; Chicago Medallion One LLC; and, Your Private Limousine, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Uber Technologies, Inc., <br><br> Defendant. | **DEFENDANT'S MOTION TO DISMISS** <br><br> CIVIL ACTION NO. 12-CV-7967 <br><br> Judge Sharon Johnson Coleman |

**DEFENDANT'S MOTION TO DISMISS**

Defendant Uber Technologies, Inc., by and through its attorneys, hereby moves this Court to dismiss this action pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure. In support of this Motion, Defendant incorporates the accompanying memorandum of law.

DATED: January 7, 2013    QUINN EMANUEL URQUHART &
               SULLIVAN, LLP


          By /s/ Stephen A. Swedlow
            Stephen A. Swedlow
            Attorney for Uber Technologies, Inc.

Stephen A. Swedlow (ARDC No. 6234550)
Andrew H. Schapiro (ARDC No. 6209041)
Amit B. Patel (ARDC No. 6309876)
Quinn Emanuel Urquhart & Sullivan, LLP
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
Email: stephenswedlow@quinnemanuel.com
   andrewschapiro@quinnemanuel.com
   amitbpatel@quinnemanuel.com

John B. Quinn*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (312) 443-3100
Email: johnquinn@quinnemanuel.com

*_pro hac vice_