# EXHIBIT A





**Everyone's Private Driver**

Username: [ ]  Password: [ ]  Login

forgot password?

How To

Sign Up





UberCab Beta is currently live in San Francisco. Please check your app or click here for available cars.

**Learn how it works**

**What are people saying**

**As seen on**



© Copyright 2010 UberCab | About | Contact | Jobs | Help | Blog | Twitter | Terms of Service | Privacy Policy

# EXHIBIT B

**SFMTA** | Municipal Transportation Agency

Gavin Newsom | Mayor

Tom Nolan | Chairman
Jerry Lee | Vice-Chairman
Cameron Beach | Director
Malcolm Heinicke | Director
Bruce Oka | Director

Nathaniel P. Ford Sr. | Executive Director/CEO

October 20, 2010

UberCab LLC
Attn: Ryan Graves, CEO
182 Howard St., Suite 8
San Francisco, CA 94105

## NOTICE TO CEASE AND DESIST

Dear Mr. Graves,

It has come to our attention that your business, UberCab LLC is operating without the appropriate licenses, permits and approvals from the San Francisco Municipal Transportation Agency, as well as without the necessary licenses and approvals from the California Public Utilities Commission.

**Because UberCab LLC is operating without a permit and has demonstrated numerous violations, we demand that you cease and desist all activities, operations and advertisements related to car service in San Francisco.**

The name UberCab indicates that you are a taxicab company or affiliated with a taxicab company, and as such you are under the jurisdiction of the SFMTA, and are in violation of Division II of the Transportation Code Sections 1105(a)(1) failure to operate without a permit, 1106(a) failure to operate without a color scheme permit. Furthermore despite the usage of the name UberCab, your service appears to solely use Limousines, town cars or simply, black luxury vehicles to provide taxi services which goes against the rules and regulations for the taxi industry. The usage of the term "Cab" in your name suggests that you are providing a taxi service. However, as there are no taxis in your fleet, we demand that your company, its affiliates, and any other entity to cease calling itself UberCab, UberTaxi, or any other term with

San Francisco Municipal Transportation Agency
One South Van Ness Avenue, Seventh Fl. San Francisco, CA 94103 | Tel: 415.701.4500 | Fax: 415.701.4430 | www.sfmta.com

the descriptive word, Taxi or Cab in its name.  Furthermore under Public Utilities Code section 5386.5, no charter party carrier, which your limousines are, shall advertise or represent its services as being a taxicab or taxi service.  This is exactly what UberCab is doing.

It is also our understanding that your rates begin with and $8.00 base rate, which increases at a rate of $4.90 per mile and $1.25 per idle minute.  While these rates would need to be vetted through the State Public Utilities Commission, it is common knowledge that Limousines often charge a flat rate by the hour or a flat rate based upon a trip.  Because you have a system that measures time and distance, you are clearly in violation of Type Certification requirements that are placed upon such devices by the Department of Agriculture's Weights and Measures Division.

Please be aware that the penalty for operating as a taxicab without a permit is $5,000.00, and for each instance of this conduct we will issue a $5,000.00 fine to UberCab as well as the offending Limousine Driver/Service if this conduct is not stopped.

Again the SFMTA demands that UberCab, LLC cease and desist all activities, operations, and advertisements related to car service in San Francisco.  Please give me a call if you would like to discuss this further.

Thank You,

Enforcement and Legal Affairs Manager
SFMTA/ Taxi Services

# EXHIBIT C



## Public Utilities Commission

### STATE OF CALIFORNIA

## CITATION FOR VIOLATION
## OF PUBLIC UTILITIES CODE

To:   Uber Technologies, Inc.
dba Uber
Attn: Salle Yoo, General Counsel
405 Howard Street
San Francisco, CA 94105

File:  None

Date:  11/13/12

Citation #: F-5195

Case #: PSG-3018

### VIOLATIONS

You are hereby cited with having violated section(s) of the Public Utilities Code (Pub. Util. Code) as described below. These violations occurred during the period September 28, 2012 through September 30, 2012.

(1) Operated as a charter-party carrier of passengers without an operating authority (Pub. Util. Code sections 5371 and 5413.5). **[3 counts]**; and

(2) Advertised as a charter-party carrier without including the number of a permit or certificate issued by the Commission (PUC sections 5386 and 5414.5). **[3 counts]**.

### STATEMENT OF FACTS

The above violations are documented in the attached investigator's summary report, which consists of carrier's records and substantiating documents obtained from other sources.

### RESPONSE

You are hereby called upon to answer this citation on or before ___December 3___, 2012. By way of such answer you may either:

(1) Pay a fine of $ 20,000 pursuant to PUC section 5378. (Submit a cashier's check or money order payable to California Public Utilities Commission using the attached *Citation Payment Form*. Upon payment, the fine will be deposited in the State Treasury to the credit of the General Fund and the Commission staff will deem the matter closed.) **or**

CIT-LIC

(2) Contest this citation by filing an appeal. See attached document *"How To File An Appeal"*.

If you fail to respond within the 20 calendar-days, you will be in default of the citation and will have forfeited your right to appeal the citation. In addition, your operating authority will be immediately suspended and subsequently revoked, pursuant to Resolution ALJ-187.

JULIE HALLIGAN, Deputy Director
Consumer Protection and Safety Division

Attachments

CIT-LIC



**City of Dallas**

November 2, 2012

*Sent via first-class U.S. Mail*
Mr. Ryan Graves, Director
Uber Technologies, Inc.
800 Market Street, 7th Floor
San Francisco, CA 94102

*Sent via first-class U.S. Mail*
Mr. Travis Kalanick, Director
Uber Technologies, Inc.
800 Market Street, 7th Floor
San Francisco, CA 94102

*Sent via first class U.S. Mail*
Mr. Garrett Camp, Director
Uber Technologies, Inc.
800 Market Street, 7th Floor
San Francisc  CA 94102

Re:    Operation of Uber.com service in the City of Dallas

Dear Messrs. Graves, Kalanick, and Camp:

The City of Dallas is pleased to learn that uber.com ("Uber") is interested in expansion into Dallas and welcomes those who seek to legally operate within the City.  We understand that Uber is currently offering transportation services via luxury vehicles with private drivers in Dallas.  The services Uber provides require it to comply with either Dallas City Code Chapter 45 (which contains the regulations applicable to taxicabs) or Chapter 10A (which contains the regulations applicable to limousines). Copies of those chapters of the Code are enclosed.

At this time, Uber does not have operating authority for a taxicab service or for a limousine service. Operating a taxicab service or limousine service in the City without the appropriate operating authority violates the Code.

Section 10A-6 of the Code states:

(a)    A person commits an offense if he operates a limousine service within the city without valid operating authority granted under this article.

(b)    A person commits an offense if he advertises or causes to be advertised the operation of a limousine service that does not have valid operating authority granted under this article when the advertisement is reasonably calculated to be seen by persons seeking limousine

Page 2

Before the City will grant operating authority for a taxicab service or limousine service, Uber must qualify for operating authority and submit a verified application containing all of the information listed under Section 45-2.4 (for taxicab operating authority) or Section 10A-8 (for limousine operating authority).

These Code provisions are meant to be helpful and are not exhaustive lists of the applicable laws. You may examine the Dallas City Code by going to this link: http://dallascityattorney.com and clicking on the button labeled "City Codes." Additionally, you may call Transportation Regulation at 214-670-3161 to inquire about the application process for operating authority.

The Dallas City Code imposes a duty on persons who engage in the operation of a taxicab service or limousine service to comply with the regulations in that Code. Please confirm that Uber will cease providing taxicab service or limousine service in the City until it has obtained appropriate operating authority and is in full compliance with applicable regulations.

I look forward to receiving your prompt response.

Sincerely,

Chris Bowers

Christopher D. Bowers
First Assistant City Attorney

Enclosures

c  w/ encl:   *Sent via first class U.S. Mail*
              National Registered Agents Inc.
              1021 Main Street, Suite 1150
              Houston, TX 77002

c  w/o encl:  Thomas P. Perkins, Jr., City Attorney
              Joey Zapata, Assistant City Manager
              Jimmy Martin, Director, Code Compliance
              Stephanie McHenry, Assistant Director, Code Compliance



**Taxi & Limousine Commission**

**Industry Notice # 12-31**
**For Immediate Release**

**September 6, 2012**

### Electronic Hailing and Payment

**David Yassky**
Commissioner

**Office of Public Affairs**
33 Beaver Street
22nd Floor
New York, NY 10004

The New York City Taxi and Limousine Commission (TLC) reminds medallion taxicab drivers and owners that it has NOT authorized any electronic hailing or payment applications ("apps") for use in New York City taxicabs.

In light of the recent release of applications which may permit the electronic hailing of taxicabs and payment of taxi fares, including a release by UBER, taxicab drivers and owners are reminded that:

- Taxi fares must be accurately entered into the TPEP system. A passenger paying by credit or debit card must use the TPEP system.

- TLC rules also require that medallion owners maintain accurate trip records; if a driver accepts payment of taxi fares through a payment app not connected to the TPEP system, the trip records will <u>not</u> be accurate and the medallion owner will be summonsed.

- A driver cannot charge a passenger more than the fare on the meter for a taxi ride. If a driver uses a payment app that charges the passenger more than the fare on the meter for a taxi ride, the driver is responsible for a passenger overcharge.

- A driver must not use any electronic communication device, including a cell phone or smartphone running a hail or payment app while operating a taxicab. Any driver using such a device at any time except when the taxi is legally standing will be summonsed.

Drivers and owners are reminded that violations of Commission rules can lead to fines and, in some cases, the suspension or revocation of their TLC license.



# INDUSTRY NOTICE

## Regulatory Concerns Associated with the Use of Smartphone Applications (Apps) and Non-compliance with Passenger Rates

## Posted November 23, 2012

Smartphone Apps are facilitating the booking of passenger transportation services. These apps connect passengers with limousines or taxis immediately. The industry has raised concerns about Smartphone Apps that advertise rates that have not been approved by the Passenger Transportation Board (Board).

Some operators/drivers may be independently providing passenger transportation services through Smartphone Apps and charging passenger rates that have not been approved by the Board. The charging or collecting of rates that have not been approved is of concern to the industry, the Board and the Passenger Transportation Branch. It is contrary to the *Passenger Transportation Act*, undermines rate structures in place and could result in destructive competition.

The Registrar of Passenger Transportation (Registrar) is accountable for the enforcement and compliance of the *Passenger Transportation Act*, including imposing sanctions and penalties.

A licensee is required to maintain care and control of every commercial passenger vehicle and driver operating under their licence. If a licensee is not in compliance with its rates, the Registrar may take one or more of the following actions:

(a) order that the licensee's licence be suspended for any period the Registrar considers necessary;

(b) make an order prohibiting the licensee from doing one or more of the following:
   (i) transferring the licence to another person;
   (ii) amending the licence;

---

Passenger Transportation Branch
104 – 4240 Manor Street
Burnaby BC V5G 1B2

Phone: 604-453-4250

Fax: 604-453-4253

*BC residents can call toll free
through Enquiry BC:
Victoria: 250-387-6121
Elsewhere in BC: 1-800-663-7867*

Page 1 of 2

(iii)  replacing the licence;

(iv)  renewing the licence;

(v)  obtaining a new licence;

(c)  order the licensee to stop operating one or more motor vehicles under the authority of a licence and, subject to subsection (1.1), to

(i)  return, in the manner prescribed by the regulations, the special authorization vehicle identifiers and the vehicle identification certificates issued in relation to those motor vehicles, and

(ii)  remove from or cease displaying on each motor vehicle the general authorization vehicle identifier assigned by the licence in respect of that motor vehicle;

(d)  order that the licensee's licence be cancelled;

(e)  make an order imposing an administrative fine on the licensee.

Information on Board approved rates is available on the Board's website at http://www.th.gov.bc.ca/ptb/rates.htm.

You can also find information about filing a change of rates application on the Registrar's website at http://www.th.gov.bc.ca/rpt/licence_existing.htm.

Please call the Passenger Transportation Branch Duty Inspector at 604-453-4250 if you have any questions.

Yours truly,

Dawn Major
Registrar and Director
Passenger Transportation Branch

| Passenger Transportation Branch | Phone: 604-453-4250 | *BC residents can call toll free* |
| 104 – 4240 Manor Street | | *through Enquiry BC:* |
| Burnaby BC  V5G 1B2 | Fax:  604-453-4253 | *Victoria:  250-387-6121* |
| | | *Elsewhere in BC:  1-800-663-7867* |

Page 2 of 2

# EXHIBIT D

Splash Chicago - Chicago's weekly dose of style, society and celebrities - A Chicago Sun-Times Publication.

A CHICAGO SUN-TIMES PUBLICATION

# SPLASH

CHICAGO'S DOSE OF STYLE, SOCIETY AND CELEBRITY

## UBER CEO TRAVIS KALANICK



Posted by Susanna Negovan on 16 Nov 2012 / 0
Comment

Over the last year, the phrase "Do you use Uber?" has become something of a litmus test for identifying someone's level of coolness and connectivity. From late-night partygoers standing outside a nightclub to CEOs rushing to a board meeting, the simple transportation app has transitioned from newcomer into the ultimate status badge at lightning speed.

But the popular service, which allows users to order a black car, SUV or taxi at a moment's notice using a smart phone, is at risk as the city's Department of Business Affairs and Consumer Protection decides on proposed regulations that would outlaw the very technology that has made it so attractive.

The company's CEO, **Travis Kalanick**, believes that the opposition stems from the city's large taxi companies, which

Splash Chicago - Chicago's weekly dose of style, society and celebrities - A Chicago Sun-Times Publication.

Case: 1:12-cv-07967 Document #: 24-1 Filed: 01/28/13 Page 16 of 46 PageID #:329

are suddenly in competition with more than 1,000 independent black car drivers who have signed up to use the service.

"The taxi industry is upset because you have a high-quality alternative to taxis, and they're not used to competing," says Kalanick, who first launched Uber in San Francisco in 2010 (the service came to Chicago in September 2011). "Do we make the limo a higher-quality experience with a lower pickup time? Yes. And has that got the taxi industry worried given the low quality of service many of them are providing? Probably. We are an alternative, and I think that's what they're nervous about."

The regulations would outlaw any electronic measurement device outside of licensed taxis (Uber equips drivers with a smart phone) and prohibit the use of time and distance charges, which is how Uber computes its fares. Fares are typically 50-75 percent higher than a taxi, but much lower than normal black car fares, so it's possible to take a black car to and from destinations within the city for $15 or $20. Uber also recently introduced a taxi service that uses the same technology with independent taxi drivers.

"So, you do a broad reading of [the regulations], and you're like 'watches aren't allowed, speedometers aren't allowed, odometers' … they're basically banning all technology that could be used to determine time or distance," says Kalanick.

The company has faced similar opposition in other cities, including Washington, D.C., Boston and Seattle. A class-action suit was recently filed in San Francisco claiming that the app takes fares away from taxi drivers. In Chicago, Kalanick says things are different.

"In this situation, we have regulations that don't get voted on," he says. "The regulatory body almost by fiat can create these regulations. So you have to engage people."

In late October when the proposed regulations were first

Splash Chicago - Chicago's weekly dose of style, society and celebrities - A Chicago Sun-Times Publication.

Case: 1:12-cv-07967 Document #: 24-1 Filed: 01/28/13 Page 17 of 46 PageID #:330

published, there was an avalanche of social media support on Facebook and Twitter, and local users like "Curb Your Enthusiasm" star Jeff Garlin sent #uberlovechi to Mayor Emanuel's Twitter account, while more than 5,500 signed a petition on the company's blog.

Jason Fried, 37Signals CEO, is an Uber user who has participated in the Twitter campaign to drop the proposed legislation, and with 96,000 followers and a reputation as a big-idea technologist, he's one of the movement's louder voices. The 38-year-old, who heads a software company, started using Uber last year after deciding he could no longer stomach the uncertainty of being able to hail a cab from his Wicker Park home to his downtown office.

"If I need to be downtown by 9:30 am, and I use Uber at 9:10 and I see a car six minutes away, I can trust it's going to be accurate," says Fried. "The reason I like it so much is not about the luxury. It's because it's predictable. That's something that cabs are not."

Fried, a self-described fan of the service, has been intrigued enough to interact with each of his Uber drivers. "Whenever I get into an Uber car I always ask the driver how they like it," he says. "I've not heard a single complaint. They're all like, 'This is fantastic, it's liberated me, I can make some extra money between my other rides,' or some drivers have quit their other companies and now work for Uber exclusively. They love that the passengers love it. Everyone's just happy about it."

And that's what makes the proposed regulations so perplexing to Kalanick and his supporters in Chicago.

"Most, if not all, sedan companies in Chicago charge by time and distance today," says Kalanick. "It makes sense because the driver's time is worth money. He needs to make certain dollars per hour to make a living, and the car goes through wear and tear and you also have to pay for gas, and that's the

Splash Chicago - Chicago's weekly dose of style, society and celebrities - A Chicago Sun-Times Publication.

distance component. It makes sense when the cost structure is a certain way that you would charge that way. It would be like telling a hotel they can't charge by night anymore."

Fried is less circumspect. "It feels like an old entrenched industry gasping for air right now when they're fighting a newcomer who is clearly onto something and providing a fantastic service," he says. "You can see that one side is for innovation and customer service, which is Uber. And the other side is for limiting choice, preventing innovation and sticking to the old ways. I think it'd be such a huge shame for the city to side with entrenched interests because it doesn't serve the people."

Lifeway Foods CEO Julie Smolyansky agrees. "I love Uber," she says. "I don't understand how there could be an effort that stifles business, innovation or pioneering new areas of growth and technology."

At press time, the decision was still up in the air. An official public comment period ended Nov. 9, and it's up to the BACP to decide whether to take those comments into account as they finalize their decision.

"We don't know what they're going to do," says Kalanick. "It could be that they'll strike those regulations from the proposal and then there's nothing to do except celebrate and have a beer. Or it could be that the call to action is that we're going to get 5,000 people to go to City Hall."

A statement released by the mayor's office stressed a commitment to transportation choices. "Uber, and other companies, are pioneering new ways to access Chicago's robust transportation offerings, and we continue to work with them and others to ensure we have modern laws that accommodate modern transportation technologies."

In the meantime, Smolyansky says she's crossing her fingers

Case: 1:12-cv-07967 Document #: 24-1 Filed: 01/28/13 Page 19 of 46 PageID #:332

Uber doesn't go away — and so are tens of thousands of other ardent supporters.



**Using Uber**

• Download the Uber app on your iPhone or Android device.

• Enter your credit card info (billing is automatic with each use, so there are no financial transactions with drivers).

• Log in and the app determines your location, offering you the choice of a black car (average fare $16-$29), SUV ($25-$39) or taxi ($8-$15).

• On the screen, you'll see how far away your car is (usually just a few minutes), along with the name of the driver and the option to call him/her.

*Story by Susanna Negovan | Photos by Thor Swift and Ramzi Dreessen*



# EXHIBIT E

# Chicago taxi owners honking mad about Uber's cab-hailing app, service

*City Hall in middle as taxi industry claims startup isn't playing by the rules*

Ads by Google

**Exercise Science Online**
Globe University Online Offers Health Fitness. Get Started Today.
www.GlobeUniversity.edu

   



Lynne Bredfedt waits Friday at the corner of Huron and State streets in Chicago after using the Uber app to hail a cab. (Photo for the Tribune by Jessica Koscielniak) (Jessica Koscielniak, For the Chicago Tribune / December 7, 2012)

**Melissa Harris' Chicago Confidential**

*December 9, 2012*

Chicago's taxicab owners, led by business partners **Pat Corrigan** and Michael Levine, are throwing everything they can at a technology startup called Uber.

The app is disrupting the taxi industry nationwide by allowing people to directly hail cabs or town cars with the touch of a few buttons on their smartphones. That means no more flailing on the curb or sitting on hold waiting to speak with a dispatcher. The exception might be when it's raining.

Uber bypasses old-line dispatchers, placing it and similar apps (Hailo, SnagCab) among the most-liked online technologies because they reduce passengers' wait times and allow them to prepay on a credit card. Receipts are emailed and no cash is exchanged, although a mandatory 20 percent tip is added to the bill.

Drivers who have signed up with these dispatch apps rave as well, saying they reduce their time hunting for passengers and eliminate their own payment hassles.

MELISSA HARRIS'
CHICAGO
CONFIDENTIAL

But taxi operators, including Corrigan and Levine's large

VIDEO

Ads by Google

**HUFFPOST LIVE**

Live-streaming network
that puts you – the community –
front and center

JOIN THE CONVERSATION

PHOTO GALLERIES

affiliate network, which includes brands from Yellow Cab to Blue Diamond, and the city's largest taxi medallion owner, **Simon Garber**, have banded together to try to beat back Uber. One of the threatening aspects is Uber's town car service, in which a Mercedes or Lincoln arrives at the speed of a taxi.

"The technology has made limos viable alternatives to taxis," said Uber CEO **Travis Kalanick**. "And the taxi industry is not used to having an alternative. It's not used to having to compete. It's used to going to city officials and lobbying them to protect their business and keep competition out. And that has resulted in poor service in most cities across the country."

In the middle is City Hall, which regulates Chicago's taxi industry and reaps millions in annual fees from it. The city is trying to ensure Uber follows the rules — ahem, doesn't crush established players to the point that it threatens city revenue — but also flourishes.

Tech startups like Uber further burnish Mayor **Rahm Emanuel**'s effort to position Chicago as a hub of innovation and entrepreneurship.

Emanuel's policy chief, **David Spielfogel**, wants Uber to stay.

"We did point out a few things they had to change, but we haven't found any significant regulatory issues on the taxi side of the service," he said. But using the app to hail a town car, known as Uber Black, is another matter. Spielfogel said city officials are trying to "find a way to preserve the innovative nature of Uber, which makes it much easier to get around the city, while also respecting federal and local laws."

Spielfogel, who is the point person on this issue for Emanuel, said the city will try to find "a middle ground" during the first quarter of 2013.

Corrigan and Levine have lined up a bevy of powerful figures to press for the approval of proposed regulations that would shut down Uber's town car service. Corrigan and Levine have hired **Norma Reyes**, who ran the city's Department of Business Affairs and Consumer Protection for seven years under former Mayor **Richard M. Daley**. The department is now led by **Rosemary Krimbel**, Reyes' former deputy.

They've also retained a lobbyist, **Jay Doherty**, who is better known as the president of the City Club of Chicago, which books government officials and policy experts as speakers. He is helping open doors at City Hall for Corrigan and Levine.

Then there's ASGK, the politically connected public affairs firm. The taxi industry has retained it too. And there are lawyers, who have filed a federal lawsuit against Uber on behalf of the taxi industry, as well.

Uber, meanwhile, is arriving in cities around the country and not asking permission first.

"In effect, Uber is mooching our cars, our insurance and our infrastructure," Corrigan, who lives in Connecticut, said in a phone interview in which he answered few questions due to the pending lawsuit. "And they're not even licensed (as a taxi company) even though they make all of their revenue from drivers delivering transportation services and not the app."

But Uber is figuring out how to fight back. The San Francisco-based startup has applied for and received a dispatch license.

It also just hired a lobbyist, Chicago lawyer **Michael Kasper**. Kasper helped Emanuel



Bio
|
E-mail
|
Recent columns

RELATED

Applying the Uber app in real time



GROUPON
34% Off Posh Montreal Hotel
Montreal, Canada
C$179
C$119
View Deal


**Week 14 photos: Vikings 21, Bears 14**


**In the news: Prank callers**


**Chicago-area promotions**


**L.A. Auto Show winners, losers**

defeat a legal challenge that would have removed him from the 2011 mayoral ballot. In June, the Chicago Sun-Times reported that Kasper's business has boomed ever since.

Kalanick said Uber plans to allow customers to select the amount of gratuity they pay an Uber driver. That would wipe out one of the taxi industry's complaints, which is that Uber violates a city code that makes it "unlawful for any person to demand or collect any fare for taxicab service which is more than the rates established by the ordinance. ..." (For now, the 20 percent gratuity is automatic, and Uber takes 10 percent of the metered fare, which is equivalent to half the gratuity, as a marketing fee.)

Uber, however, has little need for public relations help. It has easily leveraged its devoted customers and drivers. The company collected 6,000 signatures on a petition submitted to City Hall last month after the consumer affairs department proposed regulations that would shut down Uber Black.

Still in dispute is whether Uber Black is legal. The taxi industry cites in its lawsuit city code, which states that it is "unlawful for any person to operate or drive a (livery) vehicle equipped with a meter that registers a charge of any kind." Kalanick, seemingly splitting hairs, argued that Uber's GPS-enabled iPhones, which track a car's location and are used to help calculate the fare, do not meet the definition of a meter.

"We have a dispatcher; I have permits, certificates," said Garber, who lives in New Jersey and is president and CEO of Chicago Carriage Cab Co., which operates about 800 cabs in the city. "Everything follows consumer service rules. (Uber) comes in without complying. I don't think it's fair. Anybody doing business in America should follow the rules and laws. That's it. It's very simple. And as long as they don't follow rules, I don't think they should be in business."

Garber's industry could apply even more pressure. In addition to pursuing its lawsuit if city regulators act in Uber's favor, cab owners could impose greater restrictions on the drivers who lease their vehicles. The restrictions could include a ban on using apps, such as Uber or Hailo, according to an Oct. 29 letter from Krimbel to Levine.

But Uber Black driver **Antonios Pouyoukas**, a 65-year-old former semitrailer driver, doubts such pressure would work.

"The technology, there's no stopping it," he said.

History would seem to support that claim.

*Melissa Harris* can be reached at *mmharris@tribune.com* or *312-222-4582. Twitter @chiconfidential or facebook.com/MelissaMHarris.*

Copyright © 2012 Chicago Tribune Company, LLC



TODAY'S FLYERS

Menards
Current Flyer

Shopko
Valid until Dec 14

Value City
Expires Today

Shopko
Valid until Dec 14



GROUPON

2 gang members accused of killing rival who pleaded, 'Don't do it, I love you'

Grieving Cowboys rally past Bengals

Passenger indicted for punching, shattering JetBlue airplane window

Father fatally shoots son outside Pennsylvania gun store

FROM AROUND THE WEB

Retire? *(E*TRADE Securities)*

[what's this]

RECOMMENDED VIDEO

# EXHIBIT F

Uber Blog » Proposed Chicago Regulations to Shut Down Uber Black – We Need Your Help!

Case: 1:12-cv-07967 Document #: 24-1 Filed: 01/28/13 Page 25 of 46 PageID #:338

# Proposed Chicago Regulations to Shut Down Uber Black – We Need Your Help!

by Allen on Nov 01, 2012　　　　　　　　　　　　　　　　💬 45 Comments



## *Update 11/5* - Sign our Petition!!!

Since our launch over a year ago, Uber has made great strides in creating a convenient, efficient, and classy transportation alternative in Chicago. As a licensed Chicago business, we have improved transportation options for tens of thousands of Chicagoans, and have helped grow the small businesses of hundreds of our driver partners.

Unfortunately, late last week, Chicago's Department of Business Affairs and Consumer Protection ("BACP") proposed regulations that would *prohibit Uber's Black car service from operating in Chicago*. We need your help in the next 10 days to prevent these regulations from taking effect!

Proposed BACP regulations:

Outlaw any electronic measurement device
Section 1.10.a "…PPV licensees may not use any device, including, but not limited to, mechanical, electronic, or digital meters/equipment to measure and calculate passenger fares based on distance and/or time traveled."

Prohibit the use of time or distance charges
Section 1.10.c "The Department will consider a PPV that advertises or charges its passenger fares by measuring distance and/or time traveled as an unlicensed taxicab…"

*Uber's shorthand response: Limo companies throughout Chicago already charge by time and distance. Uber's technology simply makes those calculations more streamlined, more transparent, and more accurate.*

Collectively, these provisions are designed to prevent Uber's technology from being used in Chicago limos. Their adoption would end Uber's ability to offer the streamlined arrangement of limo transportation and ease of payment that you've come to expect and love. Consumer choice and accountability would be reduced and the incomes of the more than 1,000 Chicago drivers that depend on Uber would be significantly and negatively impacted.

## Take Action Now!

It's up to all of us to let city officials know the impact of these changes that would become final in a matter of days.  We believe Chicago's city officials will be receptive and responsive to our cause. Here's what you can do:

1. Email BACP, telling them to "Remove the No Measured Rates Provision (PPV Sec. 1.10)":

Uber Blog » Proposed Chicago Regulations to Shut Down Uber Black – We Need Your Help!

Case: 1:12-cv-07967 Document #: 24-1 Filed: 01/28/13 Page 26 of 46 PageID #:339

The comment period on these proposed regulations ends November 9th, after which BACP will release final regulations. This is our chance to impact these rules. Click this link to email now!

2. Contact city officials, telling them to "Remove the No Measured Rates Provision (PPV Sec. 1.10)":

- Rosemary Krimbel, BACP Commissioner
  Email Commissioner Krimbel

- The Mayor's Office, Write on The Mayor Office's Wall

- Email Mayor Emanuel

- Email your Alderman

- Write on Rahm's Facebook Wall

## *Update 11/5* - Sign our Petition!!!

With #UberCHILove,

Allen Penn, GM – Uber Chicago

Scribd.                                          of 29   🔍  🔍

Tags: #UBERCHILOVE, BACP, black car, Chicago, chicago's mayor, government, Limo, mayor's office, petition, rahm emanuel, regulations, save uber, take action, Uber

Petition | Chicago BACP: Don't Kill Uber! Remove the No Measured Rates Provision. | Change.org

Case: 1:12-cv-07967 Document #: 24-1 Filed: 01/28/13 Page 27 of 46 PageID #:340



Petitioning BACP 2

# Chicago BACP: Don't Kill Uber! Remove the No Measured Rates Provision.



Petition by

Uber

Since our launch over a year ago, Uber has made great strides in creating a convenient, efficient, and classy transportation alternative in Chicago. As a licensed Chicago business, we have improved transportation options for tens of thousands of Chicagoans, and have helped grow the small businesses of hundreds of our driver partners.

Unfortunately, Chicago's Department of Business Affairs and Consumer Protection ("BACP") has proposed regulations that **would prohibit Uber's Black car service from operating in Chicago.** We need your help in the next 5 days to prevent these regulations from taking effect!

Proposed BACP regulations:

**Outlaw any electronic measurement device**
Section 1.10.a "…PPV licensees may not use any device, including, but not limited to, mechanical, electronic, or digital meters/equipment to measure and calculate passenger fares based on distance and/or time traveled."

**Prohibit the use of time or distance charges**

Section 1.10.c "The Department will consider a PPV that advertises or charges its passenger fares by measuring distance and/or time traveled as an unlicensed taxicab…"

Uber's shorthand response: *Limo companies throughout Chicago already charge by time and distance. Uber's technology simply makes those calculations more streamlined, more transparent, and more accurate.*

Collectively, these provisions are designed to prevent Uber's technology from being used in Chicago limos. Their adoption would end Uber's ability to offer the streamlined arrangement of limo transportation and ease of payment that you've come to expect and love. Consumer choice and accountability would be reduced and the incomes of the more than 1,000 Chicago drivers that depend on Uber would be significantly and negatively impacted.

```
Petition Letter

Please remove the No Measured Rates Provision (Section
1.10) from the proposed Chicago Public Passenger
Vehicle License Rules. This provision would broadly
restrict the use of technology in the limo industry and
ultimately prohibit Uber (www.uber.com/chicago) from
operating it's Black car business in Chicago. The
comment period on these rules ends Friday, November
9th, so please act now to remove this provision.

Having safe, reliable and affordable transportation
options is important for the future growth and success
of Chicago. Moreover, Mayor Rahm Emanuel and the City
of Chicago need to follow through with their promise to
embrace innovation and create a welcoming environment
for new businesses to start-up and grow.

Since Uber's launch in September 2011, Uber has made
great strides in creating a convenient, efficient, and
classy transportation alternative in Chicago. As a
licensed Chicago business, Uber has improved
transportation options for tens of thousands of
Chicagoans, and has helped over 1,000 drivers increase
their weekly income. This provision will end those
positive outcomes. For more information about the
proposed Rules and their impact on Uber, please see
Uber's blog post: http://blog.uber.com/uberchilove/

We urge you to tell BACP, Commissioner Rosemary Krimbel
and the Mayor's Office to REMOVE THE NO MEASURED RATES
PROVISION!
[Your name]
```
Less q

# EXHIBIT G

| Existing Rules & Ordinances | Proposed Rules |
|---|---|
| **Chi. Mun. Code 9-114-060**<br>It is unlawful for any person to operate or drive a public passenger vehicle equipped with a meter which registers a charge of any kind.<br><br>**Chi. Public Chauffeurs Rules and Regulations, Rule 9.06**<br>No Chauffeur of a livery vehicle shall use any mechanical device or meter which registers a charge of fare or distance traveled by which the charge of fare to be paid by the passenger is measured.<br><br>**Chi. Mun. Code 9-112-010**<br>"Taximeter" means a device which records and indicates a charge or fare measured by distance traveled, waiting time, number of passengers, and any extra charges set forth in this chapter. Taximeters must meet specifications set forth by the commissioner in rules and regulations.<br><br>**Chi. Mun. Code 9-114-010**<br>"Livery Vehicle" means a public passenger vehicle for hire only at a charge or fare for each passenger per trip or for each vehicle per trip fixed by agreement in advance. | **Rule PV1.10 Public Passenger Vehicles – No Measured Rates**<br>a. Pursuant to MCC §9-114-060, PPV licensees may not use any device, including, but not limited to, mechanical, electronic, or digital meters/equipment to measure and calculate passenger fares based on distance and/or time traveled.<br><br>b. Fares for public passenger vehicle transportation must be pre-arranged.<br><br>c. The Department will consider a PPV that advertises or charges its passenger fares by measuring distance and/or time traveled as an unlicensed taxicab pursuant to MCC §9-112-020. |

# EXHIBIT H

# New Year's Eve 2012

by travis on Dec 28, 2012

 46 Comments



Hello Uber Faithful!

New Year's Eve is upon us, and we're getting a ton of questions about how to plan Uber into your evening. It's going to be a crazy night and Ubers are going to be pricey, so here are a few pointers to keep in mind:

## Surge pricing

Surge pricing is in effect for New Year's Eve. The price will increase in order to maximize the number of cars on the road during peak times – and automatically decrease when there are enough cars on the road. We do this to make sure Uber is always a reliable ride, even during New Year's! For more on surge pricing, please see the Q&A below.

## No surprises

So that there are no surprises, we've worked hard to provide clear price notifications when surge pricing is in effect.

1. You will be able to estimate the fare prior to requesting a ride (iPhone only).

2. All riders will need to accept the fare multiplier before finalizing a booking.

3. When multiples get really high, we have our own sobriety test.

See screenshots of how surge pricing will be presented in the Uber app here.

## Buckle your seatbelts

NYE pricing is not for the faint of heart. The average surge multiple will be about 2x normal prices, during the worst times (12:30 AM until 2:45 AM), but prices during extreme spikes could cost you $100 MINIMUM before time and mileage charges! These are limos, people, so be careful with those Uber ride requests: Uber rides will be reliable on New Year's Eve, but they'll also be pretty pricey.

## The best times to Uber

The most expensive times to take an Uber are 8:30pm – 9:45pm and 12:30am – 2:45am. The best times to take an Uber on NYE are before 7pm, 10pm – 12:10am and 3am onward.



Be safe out there and have a Happy New Year!
Travis
Uber Co-founder, CEO

UPDATE: UberNYE live chat and Q&A on Monday at 10:30am PST – Submit your
questions here and join live at Uber.com/NYE

Here's a brief surge pricing Q&A below…

## Surge pricing Q&A

Q: What is the purpose of surge pricing?
Uber wants to make sure that we can ALWAYS connect you with a RELIABLE RIDE – even on
New Year's. Surge pricing gets a far greater number of cars and drivers on the road, substantially
increasing the number of rides during that high demand period.

Q: How does surge pricing work?
When there are not enough cars on the road to provide rides for everyone that wants one,
the price automatically increases. When there are enough cars on the road given demand, then
the price comes back down. Over the last year, we've seen the huge impact surge pricing has
on getting more cars on the road, and getting cars and drivers to stay out longer.

Q: Why does surge pricing make for Uber reliability?
When there is a shortage in supply, the price automatically increases, creating an incentive
for drivers to get on the road. The price continues to increase until there are enough cars to
meet current demand. Assuming we raise price quickly enough to maintain healthy supply, there
will always be an Uber ride available.

Q: Taxis typically don't charge more during a surge in demand. Why does Uber?
On the busiest nights, it can be almost impossible to get a taxi. That is because there are a fixed
number of taxis in most cities, and there is fixed pricing on those taxis. There won't be any more
taxis that come out on New Year's than on a typical weekday evening. That is why folks get
stranded on those big nights. When the price can increase to address a shortage of cars, more
cars and drivers come out to provide rides. Granted, the ride will be more expensive, but it will
be reliable. Taxis are still out there, and you can try your luck with one; they're just a lot harder
to get reliably on busy nights.

Q: How do Uber customers know the price?

- Pricing is always displayed in the app for whatever car type you are interested in
  requesting.

- When surge pricing is in effect, every user is notified of the price change, and each
  user must confirm the pricing in order to request a ride.

- Use the Fare Estimator on the confirmation screen to get an estimate of your ride
  before you request.

# EXHIBIT I

**From:** Uber - Taxi Chicago <taxichicago@uber.com>;
**To:** <sup>Redacted</sup>
**Subject:** Re: Uber Taxi & Uber Limo
**Sent:** Tue, Oct 23, 2012 8:07:34 PM

Hey <sup>Redacted</sup>


Sorry for the delayed reply, but here is some info!


**Requirement:** City-plated vehice, black on black. Typically Lincoln TownCar, MKT, or SUVs (Navigator, Suburban, or Escalade)

**Commission:** 80/20 split with Uber, no other charges

**Lease:** Typically $400 - $500/week for a 24 hour lease. However, if you purchase a car, total monthly payments are only approx $1000 - $1100 for car payment + insurance

**Potential:** Our "top" drivers book $2500+ every week.


If you have any other questions, please let me know! I'd be happy to talk on the phone as well.


Thanks!


On Sun, Oct 21, 2012 at 11:13 AM, <sup>Redacted</sup>        > wrote:

Dear Uber,
That sounds like a very good opportunity. Cam you tell me memorex about the earnings potential and how it works?
Best,

Redacted

---

**From:** Uber - Taxi Chicago <taxichicago@uber.com>;
**To:** Taxi Chicago <taxichicago@uber.com>;
**Bcc:** Redacted                              ;
**Subject:** Uber Taxi & Uber Limo
**Sent:** Fri, Oct 19, 2012 10:41:11 PM

Hello!


We're thankful to have you as an Uber partner! You're receiving this email because of your excellent driver rating and customer service on the Uber system. As you know, Uber helps both TAXI and LIMO drivers earn extra money giving you more customers. We're contacting you to see if you would be interested in becoming an Uber LIMO partner. We've had many Uber TAXI partners transition into driving LIMO.


If this is something you'd be interested in, please let us know! We can answer any questions that you might have (including lease cost, potential earnings, etc), and even put you in contact with a current Uber LIMO driver who used to drive TAXI.


Please let me know if you have any questions.


Thank you!

# EXHIBIT J

# Car service Uber to foes: If you don't evolve, I'm going to kick your ass



**September 12, 2012 12:01 PM**                          *2 Comments*
**Rebecca Grant**

                          

Travis Kalanick is a fighter. As he sat on stage at TechCrunch Disrupt, the Uber founder radiated intensity as he spoke about his company's continuing battles with regulatory agencies.

It is an easy stretch of the imagination to picture him at the helm of an army, waving a revolutionary flag and calling for Liberty, Equality, and Fraternity.

These are, in fact, the values he says he is fighting for. Uber is a car service where users can book luxury rides on demand from their smartphones. It is more expensive than the average taxi service, but the quality of the service and vehicles is higher. It offers a desirable arrangement for riders who have trouble finding a cab, or who prefer to travel in comfort and style, as well as for the drivers who can generate extra income.

Uber's opponents are local transportation regulatory agencies. Cab services are heavily regulated in American cities, and regulators have claimed that Uber is illegal. Kalanick, of course, disagrees, and has gone up against taxi commissions across the country to keep his business alive.

<mark>"I don't understand regulators," Kalanick said. "They are governed by three principles. One is cronyism, they feel the need to protect people they regulate. Two is control. If they don't have rules for something, they feel it is illegal even if it isn't. You have to have rules to enforce them. Three is communication. They are incredibly sensitive to what is in the public view. But If you only follow the rules, they will never let you make the city a better place."</mark>

Kalanick strategically designed his business to get around the tangled web of transportation regulations. While he is engaged in legal drama, he said he has legions of riders taking up his cause on the social media streets.

"What social media allows us to do is give consumers and citizens a voice to make their city a better place, let the right things happen, let innovation flow," Kalanick said. "We put so much love into our product and it delivers so much value that if a politician or a regulator tries to take it away because of incumbent industry pressure, they get enraged. This is not a blue or a red state issue, this is about people having a good quality of life and high quality of services in cities

Case: 1:12-cv-07967 Document #: 24-1 Filed: 01/28/13 Page 39 of 46 PageID #:352

around the world. We are making the world a better place."

In the wake of Uber, a number of other alternative taxi services like Lyft and Sidecar have cropped up. Cities have also responded by changing their regulations to make cabs more accessible. Not one to shy from a fierce playing field, Kalanick said he welcomes the competition.

"Competition is fun," he said. "If there isn't competition, what is the freaking purpose? Let's have some fun and make the world a better place at the same time. You have to be fighter, you have to be a warrior, and if not, you should go do something that is a little less disruptive. I'm bringing it, I'm not sleeping. If the other guy is sleeping, I am going to kick his ass."

# EXHIBIT K



lade Easy    Get today's news delivered to you.    Sign Up Now »

🔒 PRE      NTENT: Sep 14, 2012, 5:00am CDT

# Ub    rings controversial driver service to Dal



**Steven R. Thompson**
Associate Editor-
*Dallas Business Journal*
Email  | Twitter | Google Plus
 | LinkedIn

Uber, an on-demand private driver app, is launching its services in Dallas, but not without raising a few objections from local transportation companies.

The app has already had to fight regulatory issues in cities like San Francisco, Washington D.C., Boston and New York City.

"In some cities we see regulatory issues pop up. Typically it is an incumbent industry that is trying to slow competition," said Uber CEO Travis Kalanick.

Kalanick started the iPhone and Android application in June 2010 with a few friends in San Francisco. Now, the service is available in 17 cities, Dallas being the first in Texas. Kalanick said he never imagined when it was created that Uber would cause so much fuss.

Customers of Uber download the app to their phone, enter their telephone number, email and credit card info and then are able to request a ride with the push of a button. A driver in a black car or SUV arrives in around 10 minutes. Customers receive a photo of the driver and the license plate number. At the end of the ride, customers' stored credit card information is automatically charged. Customers can then rate the drivers, and drivers, who are also equipped with iPhones, can rate the customer.

"Our goal is a really cost-effective way to get around the city," Kalanick said. "In a classy way."

In Dallas, Uber has been not so secretively testing its services for about a month, determining how many cars it needs depending on demand. The service area includes most of downtown north to I-635 and just shy of White Rock Lake on the east and I-35 on the west. Customers can also get rides to and from Dallas/Fort Worth International Airport and the stadiums in Arlington for flat fees of $75 and $100, respectively. A fare from Highland Park to downtown is $21. There is a minimum fare of $15.

"It brings a really efficient alternative transportation system to the City of Dallas, and based on what we are seeing so far, we are going to be a mainstay," Kalanick said.

**Sponsored Links**

**Become a leader.**
Earn the graduate degree that will give you the skills to lead. Learn more.
www.capella.edu

**ADT® SMB Security**
Call Now & Save Up to $150 Now. Ltd. Offer - As Low as $1 Per Day!
www.ADT.com/small-business-security

**Mortgage Rates hit 2.13%**
$150K Mortgage $581/mo. 2.35%APR. Quickly Compare Top Online Mortgage Rates!
refinance.LendGo.com

**Sponsored Links**

**The Largest Supplier of HP Printer Parts**
HP Parts Store Has the Printer Parts You Need. Visit Us & Order Your Part Today!
www.HPParts.com/Printer

**Sony HDTVs for Business**
Cutting Edge Picture Quality Sleek Design, Great Performance.
store.sony.com/HDTV

Get Listed Here

Jack Bewley, president and CEO of Yellow Cab in Dallas, said he has no problem with the app launching in Dallas, but wants an even playing field.

"We don't have the problem with the app," Bewley said. "There are several apps that are being used in the cab industry. What we have a problem with is any app that is being used to skirt the regulations."

Taxicab and limousine companies have to get an operating authority from the city, paying a substantial amount in fees and insurance. Bewley said Yellow Cab pays about $3.6 million in insurance each year for its roughly 1,200 cabs.

Uber, however, considers itself a technology company, not a transportation company. In the application's terms of use, Uber states in capital letters "The company does not provide transportation services, and the company is not a transportation carrier."

"We don't own the cars. We don't employ drivers," Kalanick said. "We partner with the small businesses in the city."

Bewley doesn't buy it.

"If you are dispatching and you're collecting the money from the customer, I think it's safe to say that you are an operator," Bewley said.

Many other taxi companies and cities across the country also have protested Uber's approach. Two years ago, the company got a cease-and-desist letter from the transit authority in San Francisco but now operates after changing its name from UberCab to Uber.

"We haven't done anything wrong in San Francisco," Kalanick said. "It just means incumbent industries try to take us down because they are worried about the competition, but that doesn't mean we are doing anything wrong."

In July, the Washington, D.C. City Council proposed an amendment to a taxi modernization bill to make sure that Uber's rates would remain five times higher than that of a taxi. After thousands of emails and tweets from Uber fans, the council struck down the amendment. The bill will be reviewed again later this month.

In August, Massachusetts' Division of Standards said that Uber's device to measure fares was not approved. In less than 24 hours, and again after emails and tweets, the state made an exception allowing Uber operating authority.

Most recently, Uber started arming taxi drivers in New York City with iPhones. The NYC Taxi & Limousine Commission released a statement reminding drivers that apps are currently not an accepted from of payment due to contracts the TLC has with payment processors. TLC said drivers violating the rules could receive fines or a suspended license. Uber operates its black car service in NYC without issue.

So far, Uber hasn't met any legal obstacles in Dallas, Kalanick said. The City of Dallas did not respond to requests for comment.

"It's something we see in some cities," Kalanick said, "but we've shown a track record of making sure that we can bring this kind of innovation to those cities and make those cities a better place."

Uber is looking at launching in Houston, Austin and San Antonio, Kalanick said.

sthompson@bizjournals.com | 214-706-7113

Steven covers retail, hospitality, marketing and public relations.

Related links:Dallas

# EXHIBIT L



# EXHIBIT M



# Chicago Demographics:

**Median Family Income (as of the 2000 Census)**

**City of Chicago
Rahm Emanuel
Mayor**

**Community Area Names**

1. ROGERS PARK
2. WEST RIDGE
3. UPTOWN
4. LINCOLN SQUARE
5. NORTH CENTER
6. LAKE VIEW
7. LINCOLN PARK
8. NEAR NORTH SIDE
9. EDISON PARK
10. NORWOOD PARK
11. JEFFERSON PARK
12. FOREST GLEN
13. NORTH PARK
14. ALBANY PARK
15. PORTAGE PARK
16. IRVING PARK
17. DUNNING
18. MONTCLARE
19. BELMONT CRAGIN
20. HERMOSA
21. AVONDALE
22. LOGAN SQUARE
23. HUMBOLDT PARK
24. WEST TOWN
25. AUSTIN
26. WEST GARFIELD PARK
27. EAST GARFIELD PARK
28. NEAR WEST SIDE
29. NORTH LAWNDALE
30. SOUTH LAWNDALE
31. LOWER WEST SIDE
32. LOOP
33. NEAR SOUTH SIDE
34. ARMOUR SQUARE
35. DOUGLAS
36. OAKLAND
37. FULLER PARK
38. GRAND BOULEVARD
39. KENWOOD
40. WASHINGTON PARK
41. HYDE PARK
42. WOODLAWN
43. SOUTH SHORE
44. CHATHAM
45. AVALON PARK
46. SOUTH CHICAGO
47. BURNSIDE
48. CALUMET HEIGHTS
49. ROSELAND
50. PULLMAN
51. SOUTH DEERING
52. EAST SIDE
53. WEST PULLMAN
54. RIVERDALE
55. HEGEWISCH
56. GARFIELD RIDGE
57. ARCHER HEIGHTS
58. BRIGHTON PARK
59. MCKINLEY PARK
60. BRIDGEPORT
61. NEW CITY
62. WEST ELSDON
63. GAGE PARK
64. CLEARING
65. WEST LAWN
66. CHICAGO LAWN
67. WEST ENGLEWOOD
68. ENGLEWOOD
69. GREATER GRAND CROSSING
70. ASHBURN
71. AUBURN GRESHAM
72. BEVERLY
73. WASHINGTON HEIGHTS
74. MOUNT GREENWOOD
75. MORGAN PARK
76. OHARE
77. EDGEWATER

**Median Income
(Based on 2000
Census Tracts)**

☐ Community Areas

$0 - $25,000
$25,001 - $50,000
$50,001 - $75,000
$75,001 - $100,000
$100,001 +

0  0.45 0.9        1.8        2.7
Miles

Copyright 2007  City of Chicago