IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Yellow Group LLC; Yellow Cab Affiliation Inc.; Taxi Affiliation Services LLC; Taxi Medallion Management, LLC; YC1 LLC; YC2 LLC; YC17 LLC; YC18 LLC, YC19 LLC; YC20 LLC, YC21 LLC; YC22 LLC; YC25 LLC; YC26 LLC; YC29 LLC; YC32 LLC; YC37 LLC; YC49 LLC; YC51 LLC; YC52 LLC; YC56 LLC; 5 Star Flash, Inc.; Chicago Medallion One LLC; Chicago Medallion Five LLC; Chicago Medallion Six LLC; Chicago Medallion Seven LLC; Chicago Medallion Eleven LLC; and Your Private Limousine, Inc., <br><br>    Plaintiffs, <br><br>  vs. <br><br>Uber Technologies, Inc., <br><br>    Defendant. | DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO DISMISS <br><br> CIVIL ACTION NO. 12-CV-7967 <br><br> RELATED TO <br> CIVIL ACTION NO. 13-CV-2407 <br><br> Judge Sara L. Ellis |

**DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION
TO DISMISS**

Defendant Uber Technologies, Inc. ("Uber"), by and through its attorneys, hereby moves this Court to dismiss this action. In support of this Motion, Uber incorporates the accompanying memorandum of law.

DATED: December 12, 2013            QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


                                    By  /s/ Stephen A. Swedlow
                                        Stephen A. Swedlow
                                        Attorney for Uber Technologies, Inc.

Stephen A. Swedlow (ARDC No. 6234550)
Andrew H. Schapiro (ARDC No. 6209041)
Amit B. Patel (ARDC No. 6309876)
Quinn Emanuel Urquhart & Sullivan, LLP
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone:  (312) 705-7400
Facsimile:  (312) 705-7401
Email:  stephenswedlow@quinnemanuel.com
        andrewschapiro@quinnemanuel.com
        amitbpatel@quinnemanuel.com

John B. Quinn*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (312) 443-3100
Email:  johnquinn@quinnemanuel.com

* *pro hac vice* admitted