IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Yellow Group LLC; Yellow Cab Affiliation Inc.; Taxi Affiliation Services LLC; Taxi Medallion Management, LLC; YC1 LLC; YC2 LLC; YC17 LLC; YC18 LLC, YC19 LLC; YC20 LLC, YC21 LLC; YC22 LLC; YC25 LLC; YC26 LLC; YC29 LLC; YC32 LLC; YC37 LLC; YC49 LLC; YC51 LLC; YC52 LLC; YC56 LLC; 5 Star Flash, Inc.; Chicago Medallion One LLC; Chicago Medallion Five LLC; Chicago Medallion Six LLC; Chicago Medallion Seven LLC; Chicago Medallion Eleven LLC; and Your Private Limousine, Inc.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Uber Technologies, Inc.,<br><br>　　　　　Defendant. | **DECLARATION OF AMIT B. PATEL IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO DISMISS**<br><br>CIVIL ACTION NO. 12-CV-7967<br><br>RELATED TO<br>CIVIL ACTION NO. 13-CV-2407<br><br>Judge Sara L. Ellis |

## DECLARATION OF AMIT B. PATEL IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO DISMISS

Pursuant to 28 U.S.C. § 1746, I, Amit B. Patel, hereby declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan LLP, counsel of record for Defendant Uber Technologies, Inc. ("Uber") in the above-captioned case.

2. I submit this declaration in support of Uber's Motion to Dismiss.

3. Attached hereto as Exhibit A is a true and correct copy of an Order from the City of Chicago Department of Administrative Hearings for Docket #12CS010508.

4. Attached hereto as Exhibit B is a true and correct copy of the May 9, 2013 version of an April 22, 2013 blog post on http://blog.uber.com, retrieved on December 12, 2013 from http://web.archive.org/web/20130509052247/http://blog.uber.com/2013/04/22/chicagouberx/.

5. Attached hereto as Exhibit C is a true and correct copy of instructions for searching for public chauffeur licenses on the City of Chicago Data Portal, retrieved on December 12, 2013 from http://www.cityofchicago.org/content/dam/city/depts/bacp/publicvehicleinfo/passengerinfo/publicchauffeursearchdataportaldata05232013.pdf.

6. Attached hereto as Exhibit D are true and correct copies of materials received from the City of Chicago Department of Administrative Hearings in response to a Freedom of Information Act request.

7. Attached hereto as Exhibit E is ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

8. Attached hereto as Exhibit F is a true and correct copy of pages 1 and 161 of the List of Taxicab License Holders published by the City of Chicago Department of Business Affairs and Consumer Protection on January 1, 2013, retrieved on December 12, 2013 from http://www.cityofchicago.org/content/dam/city/depts/bacp/publicvehicleinfo/medallionowners/activetaxicabmedallionlIcenseholders01012013.pdf.

9. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON December 12, 2013 in
CHICAGO, ILLINOIS

By _____
Amit B. Patel
Attorney for Uber Technologies, Inc.