# Exhibit A

DOAH - Order                                                                                    (1/00)



# IN THE CITY OF CHICAGO, ILLINOIS
## DEPARTMENT OF ADMINISTRATIVE HEARINGS

|  |  |
|---|---|
| **CITY OF CHICAGO**, a Municipal Corporation, Petitioner, ) | Address of Violation: |
| v. ) | 230 W Superior |
| ) | |
| Uber Tech Inc ) | Docket #: 12CS010508 |
| 230 W SUPERIOR FL2 ) | |
| CHICAGO, IL 60654 ) | Issuing City |
| , Respondent. ) | Department: Business Affairs and Consumer Protection |

### FINDINGS, DECISIONS & ORDER

This matter coming for Hearing, notice given and the Administrative Body advised in the premises, having considered the motions, evidence and arguments presented, IT IS ORDERED: As to the count(s), this tribunal finds by a preponderance of the evidence and rules as follows:

| *Finding* | *NOV#* | *Count(s)* | *Municipal Code Violated* | *Penalties* |
|---|---|---|---|---|
| City non-suit | C000200801 | 1 | 2-25-090(A) No person shall engage in any act of consumer fraud, unfair method of competition, or deceptive practice while conducting any trade or business in the city. | $0.00 |
| City non-suit | C000200802 | 2 | 9-112-600   Taxicab rates of fare (Taxicabs) | $0.00 |
| City non-suit | C000200804 | 4 | 9-112-550   Taxicab two-way dispatch (Taxicabs) | $0.00 |
| Respondent's motion to continue - Granted | C000200803 | 3 | 9-114-060   Unlawful to operate a public passenger vehicle with meter (Other Public Passenger Vehicles) | $0.00 |

**Sanction(s):**

motion to advance is granted

**Admin Costs:** $0.00

**JUDGMENT TOTAL:** $0.00

**Balance Due:** $0.00

Case is continued to Friday, Nov 22, 2013, at 1:30 pm, in Room 106 - Central Hearing Facility, 400 W. Superior, for [ ] service [ X ] hearing.  *Continued by agreement CB*

Date Printed:   Sep 24, 2013 1:39 pm

12CS010508

DOAH - Order

(1/00)



# IN THE CITY OF CHICAGO, ILLINOIS
## DEPARTMENT OF ADMINISTRATIVE HEARINGS

ENTERED: _Chas. _____

| | 76 | Sep 24, 2013 |
|---|---|---|
| Administrative Law Judge | ALO# | Date |

**This Order may be appealed to the Circuit Court of Cook Co. (Daley Center 6th Fl.) within 35 days by filing a civil law suit and by paying the appropriate State mandated filing fees.**

**Pursuant to Municipal Code Chapter 1-19, the city's collection costs and attorney's fees shall be added to the balance due if the debt is not paid prior to being referred for collection.**

# Exhibit B

# UBERx Blows Into the Windy City

by Nicole on Apr 22, 2013



In our quest to be Chicago's ultimate transportation option, we're launching yet another way to roll around the Windy City: UBERx. The UBERx experience is about reliability and convenience, consisting of hybrid and mid-range vehicles at a cost similar to a TAXI.

By sliding over to the UBERx tab on the app, you can get linked to a Camry or Fusion, licensed by the city of Chicago, and driven by a licensed chauffeur.



UBERx in Chicago!

## Why UBERx?

UBERx offers the same on-demand convenience you expect from Uber, with **rates in-line (/web/20130509052247/http://blog.uber.com/2013/04/22/chicagouberx/#rates)** with Uber's TAXI option. The first cars to hit the pavement will be black 2013 Toyota Camry and Ford Fusion hybrids.

The launch of UBERx is another step towards bringing you the most reliable transportation option at every price point. While the introduction of our TAXI booking fee has increased reliability of that product substantially during rush hours (20% more at peak times!), Uber TAXI riders are still in direct competition with the old fashioned street hail – this is where UBERx comes in to provide increased reliability.



(/web/20130509052247/http://blog.uber.com/wp-content/uploads/2013/04/uberx.png)

## When Can I Request UBERx?

At launch, there will be a limited number of vehicles working with UBERx. We are working hard to grow this option because we're sure that you're going to like it! 😊 These drivers won't be busy with street pick-ups, so as our number of UBERx partners grows from this initial launch, you'll begin to see better availability and reliability. You will continue to have access to the Uber TAXI and BLACK products you love so much.

## What Are the Rates?

Expect fares in line with what you pay with Uber TAXI. The base fare for UBERx is $4.00 and from there the rates are $2.50 per mile or $0.45 per minute. There is an $8.00 minimum.

### Sample Fares
River North to Lincoln Park $12-$15
Gold Coast to Wrigleyville $15-$18
Loop to O'Hare $45-$50

Note: with UBERx there is no need to tip.

(/web/20130509052247/http://blog.uber.com/wp-content/uploads/2013/04/sample_uberx3.png)

Remember, UBERx is launching in beta mode, and availability will be quite limited in the early days.

Need more convincing? Just ask our **Rider Zero Patrick Kane (/web/20130509052247/http://blog.uber.com/2013/04/24/patrickkane/)** !

**Chicago, your UBERx is arriving now.**

- Team Uber Chicago

# Exhibit C



# Searching Public Chauffeur Licenses on the City of Chicago Data Portal

1. To access information on all City of Chicago public chauffeur licensees listed in the Public Chauffeurs Dataset, click: https://data.cityofchicago.org/d/97wa-y6ff

2. Enter a search query (Name, license number, etc.) into the box containing the words '**Find in this Dataset**'



3. Hit enter, and search results will populate. For more help on the search function within the City's Data Portal or to filter data, watch quick videos: http://support.socrata.com/entries/494152

4. The following links are for specific "Filters By" (change the default filter properties for filter results sought):

   a. Public Chauffeur Name:
      https://data.cityofchicago.org/Community-Economic-Development/Public-Chauffeurs-Filter-by-Driver-Name/g8ca-t8pa

   b. Public Chauffeur License Number:
      https://data.cityofchicago.org/Community-Economic-Development/Public-Chauffeurs-Filter-by-License-Number/p8iv-nnh8

Exhibit D

# ADMINISTRATIVE NOTICE OF ORDINANCE VIOLATION
In the City of Chicago Department of Administrative Hearings
City of Chicago, a Municipal Corporation, Petitioner, vs.

**Respondent** (If Chicago Business, use name or license) — Last Name, First Name — MI

YELLOW CAB AFFILIATION

**Resp. Address No.** — **Dir.** — **Street Name** — **ST Suffix** — **Apt./Ste.**

2233 S WABASH    AV

**City** — **State** — **Zip**

CHICAGO    ☑ IL    ○ Other    60607

**Person Served if other than the Respondent** — Last Name, First Name — MI

OSMAN, FAKHIELDIN, K    N

**Phone** — **Acct./DREV No. or Inventory No. if applicable**

RSE82544

**Identification**
☑ DLN/ID    ○ Other: 0255251620 01    **DLN State** ○ IL ○ Other: 01062    **d.o.b. (M/D/Y)**

**Height** — **Weight** — **Sex** — **Race** — **Eyes** — **Hair** — **Event/RD#**

602  195  M  B  BRN  BLK  04457

**STEP 1:** Officer, Investigator, Inspector, and/or Complainant on oath states that the Respondent did then and there violate the following section(s) of the Municipal Code of Chicago:

P 003324952 12

| | COUNT | | COUNT |
|---|---|---|---|
| | DRIVING SINGLE USING MOBILE TELEPHONE WITHOUT HANDS-FREE DEVICE 9-76-230(b) | | UNSAFE CONDUCT ON CTA - CROSSING BETWEEN CARS 10-8-526/98-126 #2.6(a) |
| | DRINKING ALCOHOL ON THE PUBLIC WAY 8-4-030 | | FALSE BURGLAR ALARM 8-4-035(b) |
| | PUBLIC URINATION 8-4-081 | X | OTHER: TITLE CH.SEC. 9-112-650 9.01 |
| | ALCOHOL COMPARK DISTRICT PROPERTY 10-36-185 CH. VII 2.7 | | OFFENSE (if other) LEASE |
| | AFTER HOURS - PARK DISTRICT PROPERTY 10-36-185 CH. VII 0.2 | | AGREEMENT |
| | SMOKING ON THE CTA 10-8-520/98-126 #2.8 | | NONE |
| | DRINKING ALCOHOL ON CTA 10-8-520/98-126 #2.4 | | |

**STEP 2:** You Must Describe Actions for Each Count below:

**Count 1, In That** ILLING LICENSEE L303 TX WITH LIGHT ILLUMINATED ANTICIPATING A FARE HAD NO VALID CITY OF CHICAGO UNIFORM TAXICAB LEASE AGREEMENT

**Count 2, In That**

**Violation Location Nos.** — **Dir.** — **Street Name** in the City of Chicago, County of Cook — **ST Suffix**

400 N WABASH

**Vio. Date: Mo/Day — Year** 09 25 20 11    **Time of Violation** 9:23 ○ AM ☑ PM    **Notice Date: Mo/Day** (if different than Vio. Date) — **Year of Notice** 20

**Complainant's Name** if not issuing officer, investigator, or inspector

CPD 11.497A
Version C - 01-05-09

**Unit** 145    **Star / Badge** 7295    **X** /s/ Signature of Issuing Officer, Investigator, or Inspector

## Administrative Hearing Appearance

**IMPORTANT: UNLESS YOU HAVE BEEN ISSUED A MAIL-IN OPTION VIOLATION YOU MUST APPEAR IN PERSON FOR A MANDATORY HEARING OR)**

**Date: Mo/Day — Year** 10 23 20 12    **Time** 1:00 ○ AM ☑ PM    ☑ 400 W. Superior    **Room No.** 786

FAILURE TO APPEAR may result in the imposition of a fine not to exceed the maximum penalties for each violation as specified in the Municipal Code of Chicago plus costs, restitution, or fees. Failure to comply with the administrative law officer's order may result in the issuance of additional sanctions.

I acknowledge receipt of this notice.
**Signature of Respondent or Person Served:** X [signature]

**Comments**

P SEL

SEE REVERSE SIDE FOR MAIL-IN PAYMENT OPTIONS
DEPARTMENT OF ADMINISTRATIVE

# ADMINISTRATIVE NOTICE OF ORDINANCE VIOLATION

In the City of Chicago Department of Administrative Hearings
City of Chicago, a Municipal Corporation, Petitioner, vs.

Respondent if Chicago business, use name on license | Last Name, First Name | MI
**YELLOW CAB AFFILIATION**

Resp. Address No. | Dir. | Street Name | ST Suffix | Apt./Ste.
**2233 S WABASH** | | | **AV** |

City | State | Zip
**CHICAGO** | ⊙ IL  ○ Other: | **60609**

Person Served if other than the Respondent | Last Name, First Name | MI
**OSMAN FAKHRELDIN K** | | N

Recd./DREV No. or Inventory No. if applicable
**CSE82544**

Identification | DLN State | D.O.B. (M/D/Y)
☑ DLN/ID  ○ Other: **0255251620 01** | ⊙ IL  ○ Other: **01 01 62**

Height | Weight | Sex | Race | Eyes | Hair | Event/IRNo.
**602** | **195** | **M** | **B** | **BRN** | **BLK** | **04457**

## STEP 1: Officer, Investigator, Inspector, and/or Complainant on oath states that the Respondent did then and there violate the following sections of the Municipal Code of Chicago:

P0033249521 2

| | |
|---|---|
| DRIVING WHILE USING MOBILE TELEPHONE WITHOUT HANDS-FREE DEVICE 9-76-230(a) | UNSAFE CONDUCT ON CTA - CROSSING BETWEEN CARS 10-8-526/56-126 #2.4(a) |
| DRINKING ALCOHOL ON THE PUBLIC WAY 8-4-030 | FALSE BURGLAR ALARM 8-4-060(b) |
| PUBLIC URINATION 8-4-081 | ☑ STATUTE TITLE CHA. SEC. **9-112-650** TAXI **9.01** |
| ALCOHOL ON PARK DISTRICT PROPERTY 10-36-185 Ch. VII B.7 | OFFENSE (if other): |
| AFTER HOURS - PARK DISTRICT PROPERTY 10-36-185 Ch. VII B.2 | **LEASE AGREEMENT** |
| SMOKING ON THE CTA 10-8-526/98-126 #2.A | **NONE** |
| DRINKING ALCOHOL ON CTA 10-8-526/98-126 #2.4 | |

### STEP 2: You Must Describe Actions for Each Count below:

Count 1, In That **ILLINOIS LICENSE E6303TX WITH LIGHT ILLUMINATED ANTICIPATING A FARE HAD NO VALID CITY OF**

Count 2, In That **CHICAGO UNIFORM TAXICAB LEASE AGREEMENT**

Violation Location Nos. | Dir. | Street Name in the City of Chicago, County of Cook | ST Suffix
**400** | **N** | **WABASH** |

Vio. Date: Mo/Day | Year | Time of Violation | Notice Date: Mo/Day | Year of Notice
**09/23** 20 **12** | **9:23 PM** | if different than Vio. Date | 20

Complainant's Name if not issuing officer, investigator, or inspector | CPD 11.497A Version C - 01-05-09

**145** Star / Badge No. | **7795** Signature of Complainant, Investigator, or Inspector

## Administrative Hearing Appearance

IMPORTANT: UNLESS YOU HAVE BEEN ISSUED A BAIL-IN OPTION VIOLATION, YOU MUST APPEAR FOR A MANDATORY HEARING ON:

Date: Mo/Day | Year | Time | | Room No.
**10 23** 20 **12** | **1:00** ○ AM ☑ PM | ☑ at 400 W. Superior | **706**

FAILURE TO APPEAR may result in the imposition of a fine not to exceed the maximum penalties for each violation as specified in the Municipal Code of Chicago plus costs, restitution, or fees. Failure to comply with the administrative law officer's order may result in the issuance of additional sanctions.

I acknowledge receipt of this notice.
Signature of Respondent or Person Served: **X**

Comments

P
SBL

# ADMINISTRATIVE NOTICE OF ORDINANCE VIOLATION

In the City of Chicago Department of Administrative Hearings
City of Chicago, a Municipal Corporation, Petitioner, vs.

| Respondent if Chicago Business, use name on license | Last Name, First Name | MI |
|---|---|---|
| Chicago Medallion, One | | |

| Resp. Address No. | Dir. | Street Name | ST Suffix | ST/Apt./Ste. |
|---|---|---|---|---|
| 2738 | W | Fulton | St | |

| City | State | Zip |
|---|---|---|
| Chicago | ☑ IL ☐ Other: | 606 |

| Person Served if other than respondent | Last Name, First Name | MI |
|---|---|---|
| Animashaun, Muyideen | | |

| Phone | Acct./DRIV No. or Inventory No. if applicable |
|---|---|

| Identification | DLN State | D.O.B. (M/D/Y) |
|---|---|---|
| ☑ DLN/ID ☐ Other: A552-55H5530 06 | ☑ DL ☐ Other: | 03-64-53 |

| Height | Weight | Sex | Race | Eyes | Hair | Event/IRD# |
|---|---|---|---|---|---|---|
| 6/4 | 250 | M | I | Brn | Blk | 02720 |

## STEP 1: Officer, Investigator, Inspector, and/or Complainant on oath states that the Respondent did then and there violate the following section(s) of the Municipal Code of Chicago:

P0003029102 10

| | |
|---|---|
| DRIVING WHILE USING MOBILE TELEPHONE WITHOUT HANDS-FREE DEVICE 9-76-230(a) | UNSAFE CONDUCT ON CTA • CROSSING BETWEEN CARS 18-8-526/99-126 #2.6(s) |
| DRINKING ALCOHOL ON THE PUBLIC WAY 8-4-030 | FALSE BURGLAR ALARM 8-4-050(b) |
| PUBLIC URINATION 8-4-081 | OTHER: TITLE CH.& SEC. RULE |
| ALCOHOL ON PARK DISTRICT PROPERTY 10-36-185 Ch. VII 8.7 | 9 112.240 7.01 |
| AFTER HOURS - PARK DISTRICT PROPERTY 10-36-185 Ch. VII 8.2 | OFFENSE (if other): Driver Must Be licensed |
| SMOKING ON THE CTA 10-8-626/99-126 #2.8 | |
| DRINKING ALCOHOL ON CTA 10-8-526/99-126 #2.6 | |

## STEP 2: You Must Describe Actions for Each Count below:

Count 1, In That: 4086 TX - Driver has no valid CF License, but was Mr. Adeabile o' Adepoju.

Count 2, In That: CF# 95361

| Violation Location No. | Dir. | Street Name In the City of Chicago, County of Cook | ST Suffix |
|---|---|---|---|
| 32 | E | Randolph | |

| Vio. Date: Mo/Day | Year | Time of Violation | | Notice Date: Mo/Day If different than Vio. Date | Year of Notice |
|---|---|---|---|---|---|
| 07-20-20 | 11 | 03:00 | ☐ AM ☑ PM | | 20 |

| Complainant's Name if non issuing officer, investigator or inspector | |
|---|---|
| | CPD 11.497A Version C - 01-05-09 |

| Unit | Star/Badge | Signature of issuing officer, investigator or inspector |
|---|---|---|
| 14 | 15 13983 | X a Russell |

## Administrative Hearing Appearance

IMPORTANT: UNLESS YOU HAVE BEEN ISSUED A DUAL-ACTION VIOLATION YOU MUST APPEAR FOR A MANDATORY HEARING ON:

| Date: Mo/Day | Year | Time | | at: ☑ 400 W. Superior | Room No. |
|---|---|---|---|---|---|
| 08-25-20 | 11 | 10:30 | ☐ AM ☑ PM | | 106 |

FAILURE TO APPEAR may result in the imposition of a fine not to exceed the maximum penalties for each violation as specified in the Municipal Code of Chicago plus costs, and any other fines. Failure to comply with the administrative law officer's other any order in the issuance of additional sanctions.

I acknowledge receipt of the notice.

| Signature of Respondent or Person Served: | X | [signature] |
|---|---|---|

| Comments: | P |
|---|---|

SEE REVERSE SIDE FOR MAIL-IN PAYMENT OPTIONS
DEPARTMENT OF ADMINISTRATIVE

# ADMINISTRATIVE NOTICE OF ORDINANCE VIOLATION
In the City of Chicago Department of Administrative Hearings
City of Chicago, a Municipal Corporation, Petitioner, vs.

Respondent if Chicago Business, use name on license | Last Name, First Name | MI

**Chicago Medallion**

Resp. Address No. | Dir. | Street Name | ST Suffix | Apt./Ste.

**2738** | **W Fulton** | **St**

City | State ☒ IL ○ Other: | ZIP
**Chicago** | | **606**

Person Served if other than Respondent | Last Name, First Name | MI

**Animashaun Mauideen**

Phone | Acct./DRLV No. or Inventory No. if applicable

Identification ☒ DLN/ID ○ Other: **A525546306** ○ Other: | DLN State ☒ IL ○ Other: | D.O.B. (M/D/Y) / /

Height | Weight | Sex | Race | Eyes | Hair | Event/IMD#
**6'4** | **250** | **M** | **B** | **Bu** | **Blk** | **02770**

## STEP 1: Officer, Investigator, Inspector, and/or Complainant on oath states that the Respondent did then and there violate the following section(s) of the Municipal Code of Chicago:

P0030290412

- DRIVING WHILE USING MOBILE TELEPHONE WITHOUT HANDS-FREE DEVICE 9-76-230(a)
- DRINKING ALCOHOL ON THE PUBLIC WAY 8-4-030
- PUBLIC URINATION 8-4-081
- ALCOHOL ON PARK DISTRICT PROPERTY 10-36-185 Ch. VII.7
- AFTER HOURS - PARK DISTRICT PROPERTY 10-36-185 Ch. VII.2
- SMOKING ON THE CTA 10-8-526/98-126 #2.8
- DRINKING ALCOHOL ON CTA 10-0-526/98-126 #2.4

- UNSAFE CONDUCT ON CTA - CROSSING BETWEEN CARS 10-8-526/98-126 #2.6(c)
- FALSE BURGLAR ALARM 8-4-050(b)

OTHER: TITLE CH./SEC. **9-112-360** RULE **8.04**
OFFENSE (if other): **Lease Agreement (None)**

## STEP 2: You Must Describe Actions for Each Count below:

Count 1, In That: **4.056 TX Driver was given no valid lease.**

Count 2, In That:

Violation Location Nos. | Dir. | Street Name in the City of Chicago, County of Cook | ST Suffix
**3o** | | **E Randolph** |

Vio. Date: Mo/Day | Year | Time of Violation ☒ AM ○ PM | Notice Date: Mo/Day if different than Vio. Date | Year of Notice
**07 20** | **20 11** | **0530** | | **20 11**

Complainant's Name if not issuing officer, investigator or inspector | CPD 11.497A Version C - 01-05-09

Unit | Star / Badge | Signature of issuing officer, investigator or inspector
**HS** | **13983** | X

## Administrative Hearing Appearance

**IMPORTANT: UNLESS YOU HAVE BEEN ISSUED A MAIL-IN OPTION VIOLATION YOU MUST APPEAR FOR A MANDATORY HEARING ON:**

Date: Mo/Day | Year | Time ☒ AM ○ PM | at 400 W. Superior | Room No.
**08 25** | **20 11** | **1030** | | **106**

FAILURE TO APPEAR may result in the imposition of a fine not to exceed the maximum penalties for each violation as specified in the Municipal Code of Chicago plus costs, restitution and/or your failure to comply with the administrative investigation's referral may result in the issuance of additional sanctions.

I acknowledge receipt of this notice
Signature of Respondent or Person Served X

Comments | **P**

**ADMINISTRATIVE NOTICE OF ORDINANCE VIOLATION**
In the City of Chicago Department of Administrative Hearings
City of Chicago, a Municipal Corporation, Petitioner, vs.

| Respondent if Chicago Business, use name on license | | | Last Name, First Name | MI |
|---|---|---|---|---|
| Chicago Medallion, One | | | | |

| Resp. Address No. | Dir. | Street Name | ST Suffix | Apt./Ste. |
|---|---|---|---|---|
| 8738 | W | Fulton | St | |

| City | State | ZIP |
|---|---|---|
| Chicago | ● IL  ○ Other | |

| Person Served if other than the respondent | | Last Name, First Name | MI |
|---|---|---|---|
| Animashaun, Muijideen O | | | |

| Phone | Acct./DL/EV No. or Inventory No. if applicable |
|---|---|

| Identification | DLN State | D.O.B. (M/D/Y) |
|---|---|---|
| ● DLN/ID   ○ Other  A562554530660 | ● IL  ○ Other | 08/04/53 |

| Height | Weight | Sex | Race | Eyes | Hair | Event/VRD# |
|---|---|---|---|---|---|---|
| 64 | 260 | M | | Brn | Blk | 082710 |

**STEP 1:** Officer, Investigator, Inspector, and/or Complainant on oath states that the Respondent did then and there violate the following section(s) of the Municipal Code of Chicago.

P003029103 11

| Count | | Count | |
|---|---|---|---|
| ☐ DRIVING WHILE USING MOBILE TELEPHONE WITHOUT HANDS-FREE DEVICE  9-76-230(a) | | ☐ UNSAFE CONDUCT ON CTA - CROSSING BETWEEN CARS  10-4-656/98-126 #2.4(a) | |
| ☐ DRINKING ALCOHOL ON THE PUBLIC WAY  8-4-030 | | ☐ FALSE BURGLAR ALARM  8-4-050(a) | |
| ☐ PUBLIC URINATION  8-4-081 | | ☐ OTHER: TITLE CH./SEC.   9-112-35   RULE | |
| ☐ ALCOHOL OR PARKING ON LOT PROPERTY  10-36-185 Ch. VII 3.7 | | OFFENSE (if other): | |
| ☐ AFTER HOURS - PARK DISTRICT PROPERTY  10-36-185 Ch. VII 3.2 | | Sub-lease, | |
| ☐ SMOKING ON THE CTA  10-8-626/98-126 #2.8 | | Taxi, | |
| ☐ DRINKING ALCOHOL ON CTA  10-8-626/98-126 #2.4 | | | |

**STEP 2:** You Must Describe Actions for Each Count below:

Count 1, In That: 08570 - Taxi was lease to Mr Adeajile O. Adeajile Cf# 95361 but Mr. Muijdeen O. Animashaun Operating taxi without Cf# license.

Count 2, In That:

| Violation Location Nos. | Dir. | Street Name  In the City of Chicago, County of Cook | ST Suffix |
|---|---|---|---|
| 32 | E | Randolph | |

| Vio. Date: Mo/Day | Year | Time of Violation | Notice Date: Mo/Day  if different from Vio. Date | Year of Notice |
|---|---|---|---|---|
| 07/20 | 2011 | 05:30 ●PM | | 201 |

| Complainant's Name if not issuing officer, investigator or inspector | CPD 11.497A  Version C - 01-05-09 |
|---|---|

| Unit | Star / Badge | Signature of issuing officer, investigator or inspector |
|---|---|---|
| 14 | 5139.85 | X _____ |

**Administrative Hearing Appearance**

IMPORTANT: UNLESS YOU HAVE BEEN ISSUED A MAIL-IN OPTION VIOLATION YOU MUST APPEAR FOR A MANDATORY HEARING ON:

| Date: Mo/Day | Year | Time | St: ☒ 400 W. Superior | Room No. |
|---|---|---|---|---|
| 08/25 | 2011 | 10:30 ●PM | | 106 |

FAILURE TO APPEAR may result in the imposition of a fine not to exceed the maximum penalties for each violation as specified in the Municipal Code of Chicago plus costs. In addition, your failure to comply with the administrative law officer's order may result in the issuance of additional sanctions.

I acknowledge receipt of this notice.
Signature of Respondent or Person Served:   X _____

| Comments | |
|---|---|
| | P |

SEE REVERSE SIDE FOR MAIL-IN PAYMENT OPTIONS
DEPARTMENT OF ADMINISTRATIVE

Case: 1:12-cv-07967 Document #: 83-2 Filed: 12/12/13 Page 15 of 53 PageID #:1413



# ADMINISTRATIVE NOTICE OF ORDINANCE VIOLATION
In the City of Chicago Department of Administrative Hearings
City of Chicago, a Municipal Corporation, Petitioner, vs.

**Respondent If Chicago Business, use name on license**   Last Name, First Name   MI

YELLOW CAB AFFILIATION

**Resp. Address No.** 2233  **Dir.**  **Street Name** WABASH AVE  **ST Suffix** **Apt./Ste.**

**City** CHICAGO   **State** ☒IL ○Other   **ZIP** 60607

**Person Served if other than the respondent**   Last Name, First Name   MI

K550 7935 20167

**Phone**   **PEV No. or Inventory No. if applicable** # 65606

**DLN/ID** ○Other: K550 7935 20167   **DLN State** ☒IL ○Other   **D.O.B. (M/D/Y)** 03 05 52

**Height** 509  **Weight** 155  **Sex** M  **Race** W  **Eyes** BR  **Hair** GRY  **Event/IRD#** 0695

**STEP 1:** Officer, Investigator, Inspector, and, or Complainant on oath states that the Respondent did then and there violate the following section(s) of the Municipal Code of Chicago:

P003215311 / 8

| | COUNT | | COUNT |
| --- | --- | --- | --- |
| | DRIVING VEHICLE USING MOBILE TELEPHONE WITHOUT HANDS-FREE DEVICE 9-76-230(a) | | UNSAFE CONDUCT ON CTA - CROSSING BETWEEN CARS 10-8-526/10-126 #2.6(a) |
| | DRINKING ALCOHOL ON THE PUBLIC WAY 8-4-030 | | FALSE/BURGLAR ALARM 8-4-056(b) |
| | PUBLIC URINATION 8-4-081 | X | **DEGREE, TITLE CHA, SEC.** 9-112.650 **RULE** #(9.01) |
| | ALCOHOL ON PARK DISTRICT PROPERTY 10-36-185 Ch. VII R.7 | | **OFFENSE (if other)** |
| | AFTER HOURS - PARK DISTRICT PROPERTY 10-36-185 Ch. VII R.2 | | NO VALID LEASE |
| | SMOKING ON THE CTA 10-8-526/98-126 #2.8 | | AGREEMENT |
| | DRINKING ALCOHOL ON CTA 10 8-526/98-126 #2.4 | | |

**STEP 2:** You Must Describe Actions for Each Count below:

**Count 1. In That** ILLINOIS LICENSE # 910 TX WITH LIGHT ILLUMINATED ANTICIPATING A FARE HAD NO VALID CITY OF CHICAGO

**Count 2. In That** UNIFORM TAXICAB LEASE AGREEMENT.

**Violation Location Nos.** 239  **Dir.** N  **Street Name** DEARBORN  **In the City of Chicago, County of Cook**   **ST Suffix**

**Vio. Date: Mo/Day** 07 26  **Year** 2012  **Time of Violation** 1058 ○AM ☒PM  **Notice Date: Mo/Day** **Year of Notice** 20

**Complainant's Name if not issuing officer, Investigator, or Inspector**   CPD 11.497A Version C - 01-05-09

**Unit** 145  **Star / Badge#** 7295  X  **Signature of issuing officer, Investigator or Inspector**

## Administrative Hearing Appearance

IMPORTANT: UNLESS YOU HAVE BEEN ISSUED A MAIL-IN VIOLATION YOU MUST APPEAR FOR A MANDATORY HEARING ON:

**Date: Mo/Day** 08 30  **Year** 2012  **Time** 100 ○AM ○PM  ☒ 400 W. Superior  **Room No.** 106

FAILURE TO APPEAR may result in the imposition of a fine not to exceed the maximum penalties for each violation as specified in the Municipal Code of Chicago plus costs, restitution, and fees. Failure to comply with the administrative hearing's order may result in the issuance of additional sanctions.

I acknowledge receipt of this notice.
**Signature of Respondent or Person Served:** X

**Comments**   P

SEE REVERSE SIDE FOR MAIL-IN PAYMENT OPTIONS
DEPARTMENT OF ADMINISTRATIVE

# ADMINISTRATIVE NOTICE OF ORDINANCE VIOLATION
In the City of Chicago Department of Administrative Hearings
City of Chicago, a Municipal Corporation, Petitioner. vs

| Respondent if Chicago Business, use name on license | | | Last Name, First Name | MI |
|---|---|---|---|---|
| YELLOW CABS AFFILIATION | | | | |

| Resp. Address No. | Dir. | Street Name | ST Suffix | Apt./Ste. |
|---|---|---|---|---|
| 2831 | S | WABASH | | |

| City | State | ZIP |
|---|---|---|
| CHICAGO | ☑ Blk ☐ Other | 60616 |

| Person Served if other than the respondent | Last Name, First Name | MI |
|---|---|---|
| CLINK MILLAN | A | |

| Phone | DL/REV No. or type/expiry No. if applicable |
|---|---|
| | C3 40067 |

| ☑ DL St/ID ☐ Other 652591852936 | DLN State ☐ ☐ Other | D.O.B. (M/D/Y) 10 71 85 |
|---|---|---|

| Height | Weight | Sex | Race | Eyes | Hair | Event/IRDs |
|---|---|---|---|---|---|---|
| 5' | 165 | M | 6 | R | | 20895 |

**STEP 1:** Officer, Investigator, Inspector, and or Complainant oath states that the Respondent did then and there violate the following section/s of the Municipal Code of Chicago.

P00332528714

| (each) | COUNT |
|---|---|
| DRIVING WHILE USING MOBILE TELEPHONE WITHOUT HANDS-FREE DEVICE 9-76-330(a) | UNSAFE CONDUCT OR CTA - CROSSING BETWEEN CARS 10-8-526/98-126 #2.0(c) |
| DRINKING ALCOHOL ON THE PUBLIC WAY 8-4-030 | FALSE IDENTIFICATION ALARM 8-4-050(b) |
| PUBLIC URINATION 8-4-081 | OTHER: TITLE/CH/SEC 9104090A RULE 10.05 |
| ALCOHOL ON PARK DISTRICT PROPERTY 10-36-185 Ch. VII B.7 | OFFENSE (if other): |
| AFTER HOURS - PARK DISTRICT PROPERTY 10-36-185 Ch. VII B.2 | LEASE |
| SMOKING ON THE CTA 10-8-526/98-126 #2.8 | AGREEMENT |
| DRINKING ALCOHOL ON CTA 10-8-526/98-126 #2.4 | NONE |

**STEP 2:** You Must Describe Actions for Each Count below:

| Count 1. In That: |
|---|
| RESPONDENT OPERATING A ITEM FOR HIRE W/O A VALID LEASE AGREEMENT |

| Count 2. In That: |
|---|
| |

| Violation Location No. | Dir. | Street Name in the City of Chicago, County of Cook | ST Suffix |
|---|---|---|---|
| 1700 | S | MICHIGAN | |

| Vio. Date: Mo/Day | Year | Time of Violation ☐ AM ☑ PM | Notice Date: Mo/Day if different than Vio Date | Year of Notice |
|---|---|---|---|---|
| 0825 | 2012 | 3:30 | | 20 |

| Complainant's Name if not issuing officer, investigator, or inspector | CPD 11.497A Version C - 01-05-09 |
|---|---|
| | |

| Unit | Star / Badge | Signature of Issuing Officer, Investigator or Inspector |
|---|---|---|
| 145 | 3183 | X |

## Administrative Hearing Appearance

IMPORTANT: UNLESS YOU HAVE BEEN ISSUED A MAIL-IN OPTION VIOLATION YOU MUST APPEAR FOR A MANDATORY HEARING ON:

| Date: Mo/Day | Year | Time ☐ AM | at ☑ 400 W. Superior | Room No. |
|---|---|---|---|---|
| 0927 | 2012 | 1:00 | | 106 |

FAILURE TO APPEAR may result in the imposition of a fine not to exceed the maximum penalties for each violation as specified in the Municipal Code of Chicago plus costs, restitution and fees. Failure to comply with the administrative law officer's order/s may result in the issuance of additional sanctions.

I acknowledge receipt of this notice.
Signature of Respondent or Person Served: X _____

| Comments | P |
|---|---|
| | |

IN THE CITY OF CHICAGO
DEPARTMENT OF ADMINISTRATIVE HEARINGS

CITY OF CHICAGO, a municipal ) 
corporation, )
 )
Petitioner, )     12CO010554
 )
 )   Docket No.
v. )
 )   ANOV No.     12SPU04051TX
YC48 LLC, a Delaware )
corporation, )
 )
Respondent. )
 )

NOTICE OF VIOLATION AND ADMINISTRATIVE HEARING

To:   YC48 LLC
      2230 S. Michigan Ave.
      Chicago, IL 60616

      AND

      YC48 LLC
      c/o National Registered Agents, Inc.
      200 W. Adams St.
      Chicago, IL 60606

Hearing Date & Time: November 2, 2012 at 10:30 AM

   You are hereby notified, by this notice which incorporates
the attached PETITIONER'S FIRST AMENDED COMPLAINT FOR FINES
AND OTHER ADMINISTRATIVE RELIEF, that the above-captioned
matter is set for status at the Department of
Administrative Hearings, Room 106, located at 400 West
Superior Street, Chicago, Illinois 60610 at the above-
scheduled date & time.

YOUR FAILURE TO APPEAR AT THE HEARING FACILITIES ON THE
ABOVE SCHEDULED DATE AND TIME MAY RESULT IN AN ORDER OF
FINES, AS SOUGHT IN THE INCORPORATED PETITIONER'S FIRST
AMENDED COMPLAINT FOR FINES AND OTHER ADMINISTRATIVE
RELIEF.  FAILURE TO APPEAL AN ADVERSE DECISION WITHIN 35

DAYS OR TO OBEY THE FINAL ADMINISTRATIVE ORDER COULD RESULT
IN FURTHER ACTION TO COLLECT ANY DEBTS.


I, Erik Nelson, an attorney hereby certify that on October
12, 2012, I caused a copy of the foregoing NOTICE OF
VIOLATION AND ADMINISTRATIVE HEARING and PETITIONER'S FIRST
AMENDED COMPLAINT FOR FINES AND OTHER ADMINISTRATIVE RELIEF
in this matter to be served via U.S. Mail, First Class
delivery postage prepaid, to the persons to the above-named
Respondents by depositing said documents in a U.S. Mail Box
located at 121 N. LaSalle St., Chicago, Illinois on October
12, 2012, before the hour of 5:00 PM. Under penalties as
provided by law pursuant to Section 1-109 of the Illinois
Code of Civil Procedure, the undersigned certifies that the
statements set forth in this proof of service are true and
                          correct.



Erik Nelson, Attorney
Department of Business Affairs
and Consumer Protection

IN THE CITY OF CHICAGO
DEPARTMENT OF ADMINISTRATIVE HEARINGS

CITY OF CHICAGO, a municipal )
corporation, )
)
Petitioner, )
)  Docket No.
v. )
)  ANOV No.    12SPU04051TX
YC48 LLC, a Delaware )
corporation, )
)
Respondent. )
)

## PETITIONER'S FIRST AMENDED COMPLAINT FOR FINES AND OTHER ADMINISTRATIVE RELIEF

Petitioner, the City of Chicago (the "City"), a municipal corporation, by and through its Department of Business Affairs and Consumer Protection ("BACP"), complaining against the above-named Respondent, states as follows:

### JURISDICTION AND VENUE

1.   BACP has authority to bring this action enforcing Chapter 9-112 of the Municipal Code of Chicago ("MCC") and rules and regulations promulgated thereunder.  MCC § 2-25-050, -120, -130; MCC § 9-112-260, -550.

2.   The Department of Administrative Hearings ("DOAH") has jurisdiction in BACP's administrative actions that seek to enforce the MCC.  MCC § 2-25-050; MCC § 2-14-010, -070, -170, -190.

3. Venue is proper before DOAH as the claims herein allege acts that occurred within Chicago and that constitute violations of the MCC.

## PARTIES

4. Petitioner, the City, is a municipal corporation under the laws of the State of Illinois.

5. Respondent, YC48 LLC, is a Delaware corporation that has its principal office at 2230 S. Michigan Ave. in Chicago, IL 60616.

## STATEMENT OF FACTS

6. BACP is the City department responsible for issuing licenses to operate vehicles as taxicabs in Chicago ("Medallion Licenses") and for regulating persons who hold those licenses ("Medallion License Holders").

7. At all times relevant, Respondent was the Medallion License Holder of Medallion License 4051TX.

8. In Chicago, a Medallion License Holder may enter into a written agreement ("lease") authorizing a licensed public chauffeur to use the Medallion License and the taxicab vehicle operating thereunder for a specific period of time. See MCC 9-112-260 Rules and Regulations for Taxicab Medallion License Holders ("Medallion License Rules"), Rule 8.06.

2

9.   On the following dates and times, Respondent entered
     into Leases relating to Taxicab Medallion 4051TX (the
     "Medallion"), which charged licensed public chauffeur
     Tiema Livingston (the "Chauffeur") the following
     excessive charges:

     a. $78.50 for a 24-hour period beginning May 1, 2010
        and ending May 2, 2010, $32.00 for a 24-hour period
        beginning May 2, 2010 and ending May 3, 2010, and
        $78.50 for five consecutive 24-hour periods
        beginning May 3, 2010 and ending May 8, 2010, which
        together totaled $503.00 (more than the allowable
        $473.00 maximum cap);

     b. $78.50 for six consecutive 24-hour periods beginning
        May 17, 2010 and ending May 23, 2010, and $32.00 for
        a 24-hour period beginning May 23, 2010 and ending
        May 24, 2010, which together totaled $503.00 (more
        than the allowable $473.00 maximum cap);

     c. $78.50 for six consecutive 24-hour periods beginning
        May 24, 2010 and ending May 30, 2010, and $32.00 for
        a 24-hour period beginning May 30, 2010 and ending
        May 31, 2010, which together totaled $503.00 (more
        than the allowable $473.00 maximum cap);

     d. $78.50 for five consecutive 24-hour periods
        beginning June 1, 2010 and ending June 6, 2010,

3

$32.00 for a 24-hour period beginning June 6, 2010
and ending June 7, 2010, and $78.50 for a 24-hour
period beginning June 7, 2010 and ending June 8,
2010, which together totaled $503.00 (more than the
allowable $473.00 maximum cap);

e. $78.50 for five consecutive 24-hour periods
beginning June 8, 2010 and ending June 13, 2010,
$32.00 for a 24-hour period beginning June 13, 2010
and ending June 14, 2010, and $78.50 for a 24-hour
period beginning June 14, 2010 and ending June 15,
2010, which together totaled $503.00 (more than the
allowable $473.00 maximum cap);

f. $78.50 for five consecutive 24-hour periods
beginning June 15, 2010 and ending June 20, 2010,
$32.00 for a 24-hour period beginning June 20, 2010
and ending June 21, 2010, and $78.50 for a 24-hour
period beginning June 21, 2010 and ending June 22,
2010, which together totaled $503.00 (more than the
allowable $473.00 maximum cap); and

g. $78.50 for five consecutive 24-hour periods
beginning June 22, 2010 and ending June 27, 2010,
$32.00 for a 24-hour period beginning June 27, 2010
and ending June 28, 2010, and $78.50 for a 24-hour
period beginning June 28, 2010 and ending June 29,

4

2010, which together totaled $503.00 (more than the allowable $473.00 maximum cap).

## Operative Law Governing This Complaint

### Lease Caps

10.   Medallion License Holders have an obligation to ensure that leases do not charge licensed public chauffeurs more than the following maximum amounts:

   a. A maximum of $57.00 for a 12-hour period, including the cost of repairs and maintenance;

   b. A maximum of $78.50 for a 24-hour period, including the cost of repairs and maintenance;

   c. A maximum of $473.00 for a one-week period, including the cost of repairs and maintenance; and

   d. A maximum of $372.50 for a one-week period, excluding repairs and maintenance.  MCC 9-112-260 Medallion License Rules, Rule 8.06(a).

11.   Furthermore, Medallion License Holders may not enter into consecutive leases that, when taken together, impose more-than-permissible lease charges.  MCC 9-112-260 Rule 8.06(e) of the Medallion License Rules prohibits the following specific examples:

   a. Medallion License Holders may not charge more than the 24-hour lease maximum by entering into two

5

consecutive 12-hour leases with the same licensed
public chauffeur; and

b. Medallion License Holders may not charge more than
the weekly lease cap by entering into a series of
12-hour and/or 24-hour leases with the same
individual lessee within a seven-day period.

### Deceptive Business Practices

12. The MCC prohibits deceptive practices and incorporates
its definition of deceptive practices from the
Illinois Consumer Fraud and Deceptive Business
Practices Act ("CFA"). MCC § 2-25-090(a); CFA, 815
ILCS 505/2.

13. Deceptive practices include the omission of a material
fact made in the course of trade or commerce and made
with the intent that others rely upon the omission.
CFA, 815 ILCS 505/2.

### COUNTS I-VII
### MCC 9-112-260 Rule 8.06(e): Overcharges in Consecutive Leases

14. The City restates and realleges paragraphs 1 through
13 above as contained herein.

15. Respondent violated MCC 9-112-260 Rule 8.06(e) of the
Medallion License Rules by entering into a series of
Leases with the Chauffeur which exceeded the weekly

6

lease rate cap during the seven-day period ending on each of the following dates: May 8, 2010; May 24, 2010; May 31, 2010; June 8, 2010; June 15, 2010; June 22, 2010; and June 29, 2010.

WHEREFORE, the City respectfully requests the following relief:

a) That DOAH find that Respondent violated MCC 9-112-260 Rule 8.06(e) of the Medallion License Rules at 2230 S. Michigan Ave. in Chicago, IL 60616 on each on each of the following days: May 8, 2010; May 24, 2010; May 31, 2010; June 8, 2010; June 15, 2010; June 22, 2010; and June 29, 2010.

b) That DOAH find the final day of each seven-day period during which Respondent violated MCC 9-112-260 Rule 8.06(e) of the Medallion License Rules to constitute a separate and distinct offense.

c) That DOAH find Respondent liable for a fine of $1,000.00 for the final day of each seven-day period during which Respondent violated MCC 9-112-260 Rule 8.06(e) of the Medallion License Rules.

d) Such other relief as deemed appropriate and just.

## COUNTS VIII-XIV

### MCC 9-112-260 Rule 8.09 (c): Restitution

16. The City restates and realleges paragraphs 1 through 15 above as contained herein.

17. The City respectfully requests that, pursuant to MCC 9-112-260 Rule 8.09(c) of the Medallion License Rules, DOAH find Respondent liable for restitution to the Chauffeur in the following amounts:

   a) $30.00 for the seven-day period beginning May 1, 2010 and ending May 8, 2010;

   b) $30.00 for the seven-day period beginning May 17, 2010 and ending May 24, 2010;

   c) $30.00 for the seven-day period beginning May 24, 2010 and ending May 31, 2010;

   d) $30.00 for the seven-day period beginning June 1, 2010 and ending June 8, 2010;

   e) $30.00 for the seven-day period beginning June 8, 2010 and ending June 15, 2010;

   f) $30.00 for the seven-day period beginning June 15, 2010 and ending June 22, 2010; and

   g) $30.00 for the seven-day period beginning June 22, 2010 and ending June 29, 2010.

   h) Such other relief as deemed appropriate and just.

8

## COUNTS XV-XXI
### MCC § 2-25-090(a): Omission of Material Fact

18.    The City restates and realleges paragraphs 1 through
13 above as contained herein.

19.    In the course of its trade and commerce, the
Respondent omitted the material fact from the
Chauffeur that its Leases contained excessive charges
with the intent that the Chauffeur rely on the
omission.` It did so on each of the following dates:
May 8, 2010; May 24, 2010; May 31, 2010; June 8, 2010;
June 15, 2010; June 22, 2010; and June 29, 2010.

WHEREFORE, the City respectfully requests the following
relief:

a) That DOAH find that Respondent violated MCC § 2-25-
090(a) at 2230 S. Michigan Ave. in Chicago, IL 60616
on each on each of the following days: May 8, 2010;
May 24, 2010; May 31, 2010; June 8, 2010; June 15,
2010; June 22, 2010; and June 29, 2010.

b) That DOAH find the final day of each seven-day period
during which Respondent violated MCC § 2-25-090(a) to
constitute a separate and distinct offense.

c) That DOAH find Respondent liable for a fine of
$2,000.00 for the final day of each seven-day period
during which Respondent violated MCC § 2-25-090(a).

9

d) That, pursuant to MCC § 2-25-090(e)(2), DOAH find
Respondent liable for restitution to the Chauffeur in
the following amounts:

   i.   $30.00 for the seven-day period beginning May 1,
2010 and ending May 8, 2010;

  ii.   $30.00 for the seven-day period beginning May 17,
2010 and ending May 24, 2010;

 iii.   $30.00 for the seven-day period beginning May 24,
2010 and ending May 31, 2010;

  iv.   $30.00 for the seven-day period beginning June 1,
2010 and ending June 8, 2010;

   v.   $30.00 for the seven-day period beginning June 8,
2010 and ending June 15, 2010;

  vi.   $30.00 for the seven-day period beginning June
15, 2010 and ending June 22, 2010; and

 vii.   $30.00 for the seven-day period beginning June
22, 2010 and ending June 29, 2010.

e) Such other relief as deemed appropriate and just.

Case: 1:12-cv-07967 Document #: 83-2 Filed: 12/12/13 Page 30 of 53 PageID #:1428

Dated: October 12, 2012

Respectfully Submitted,

Department of Business Affairs
and Consumer Protection

By: _____
      Attorney

James Potter, Attorney
Department of Business Affairs and Consumer Protection
City of Chicago
121 North LaSalle, Room 805
Chicago, IL 60602
312-742-1137

11

**12SPU04051TX**

FILED

OCT 18 2012

DEPT. OF ADMIN. HEARINGS

Count 1.    9-112-260 / Rule 8.06(e) / date of violation May 8, 2010

Count 2.    9-112-260 / Rule 8.06(e) / date of violation May 24, 2010

Count 3.    9-112-260 / Rule 8.06(e) / date of violation May 31, 2010

Count 4.    9-112-260 / Rule 8.06(e) / date of violation June 8, 2010

Count 5.    9-112-260 / Rule 8.06(e) / date of violation June 15, 2010

Count 6.    9-112-260 / Rule 8.06(e) / date of violation June 22, 2010

Count 7.    9-112-260 / Rule 8.06(e) / date of violation June 29, 2010


Count 8.    9-112-260 / Rule 8.06(c) / date of violation May 8, 2010

Count 9.    9-112-260 / Rule 8.06(c) / date of violation May 24, 2010

Count 10.   9-112-260 / Rule 8.06(c) / date of violation May 31, 2010

Count 11.   9-112-260 / Rule 8.06(c) / date of violation June 8, 2010

Count 12.   9-112-260 / Rule 8.06(c) / date of violation June 15, 2010

Count 13.   9-112-260 / Rule 8.06(c) / date of violation June 22, 2010

Count 14.   9-112-260 / Rule 8.06(c) / date of violation June 29, 2010


Count 15.   2-25-090 (a) / date of violation May 8, 2010

Count 16.   2-25-090 (a) / date of violation May 24, 2010

Count 17.   2-25-090 (a) / date of violation May 31, 2010

Count 18.   2-25-090 (a) / date of violation June 8, 2010

Count 19.   2-25-090 (a) / date of violation June 15, 2010

Count 20.   2-25-090 (a) / date of violation June 22, 2010

Count 21.   2-25-090 (a) / date of violation June 29, 2010

Case: 1:12-cv-07967 Document #: 83-2 Filed: 12/12/13 Page 32 of 53 PageID #:1430

IN THE CITY OF CHICAGO
DEPARTMENT OF ADMINISTRATIVE HEARINGS

CITY OF CHICAGO, a municipal )
corporation, )
                        )
         Petitioner, )
                        )  Docket No. 12CSO1056A
v. )
                        )  ANOV No.    12SPU02370TX
CLMH 16 LLC, a Delaware )
limited liability company, )
                        )
         Respondent. )
                        )

## NOTICE OF VIOLATION AND ADMINISTRATIVE HEARING

To:     CLMH 16, LLC
         2230 S. Michigan Ave.
         Chicago, IL 60616

         AND

         CLMH 16, LLC
         c/o National Registered Agents Inc.
         200 W. Adams St.
         Chicago, IL 60606

**Hearing Date & Time:** November 2, 2012 at 10:30 AM

You are hereby notified, by this notice which incorporates
the attached PETITIONER'S FIRST AMENDED COMPLAINT FOR FINES
AND OTHER ADMINISTRATIVE RELIEF, that the above-captioned
matter is set for status at the Department of
Administrative Hearings, Room 106, located at 400 West
Superior Street, Chicago, Illinois 60610 at the above-
scheduled date & time.

YOUR FAILURE TO APPEAR AT THE HEARING FACILITIES ON THE
ABOVE SCHEDULED DATE AND TIME MAY RESULT IN AN ORDER OF
FINES, AS SOUGHT IN THE INCORPORATED PETITIONER'S FIRST
AMENDED COMPLAINT FOR FINES AND OTHER ADMINISTRATIVE
RELIEF. FAILURE TO APPEAL AN ADVERSE DECISION WITHIN 35

DAYS OR TO OBEY THE FINAL ADMINISTRATIVE ORDER COULD RESULT
IN FURTHER ACTION TO COLLECT ANY DEBTS.

I, Erik Nelson, an attorney, hereby certify that on October
12, 2012, I caused a copy of the foregoing NOTICE OF
VIOLATION AND ADMINISTRATIVE HEARING and PETITIONER'S FIRST
AMENDED COMPLAINT FOR FINES AND OTHER ADMINISTRATIVE RELIEF
in this matter to be served via U.S. Mail, First Class
delivery postage prepaid, to the persons to the above-named
Respondents by depositing said documents in a U.S. Mail Box
located at 121 N. LaSalle St., Chicago, Illinois on October
12, 2012, before the hour of 5:00 PM.  Under penalties as
provided by law pursuant to Section 1-109 of the Illinois
Code of Civil Procedure, the undersigned certifies that the
statements set forth in this proof of service are true and
correct.

Erik Nelson, Attorney
Department of Business Affairs
and Consumer Protection

IN THE CITY OF CHICAGO
DEPARTMENT OF ADMINISTRATIVE HEARINGS

|  |  |  |  |
|---|---|---|---|
| CITY OF CHICAGO, a municipal corporation, | ) ) ) |  |  |
|  | ) |  |  |
| Petitioner, | ) ) | Docket No. |  |
| v. | ) ) | ANOV No. | 12SPU02370TX |
| CLMH 16, LLC, a Delaware limited liability company, | ) ) ) |  |  |
| Respondent. | ) ) |  |  |

## PETITIONER'S FIRST AMENDED COMPLAINT FOR FINES AND OTHER ADMINISTRATIVE RELIEF

Petitioner, the City of Chicago (the "City"), a municipal corporation, by and through its Department of Business Affairs and Consumer Protection ("BACP"), complaining against the above-named Respondent, states as follows:

## JURISDICTION AND VENUE

1.   BACP has authority to bring this action enforcing Chapter 9-112 of the Municipal Code of Chicago ("MCC") and rules and regulations promulgated thereunder.  MCC § 2-25-050, -120, -130; MCC § 9-112-260, -550.

2.   The Department of Administrative Hearings ("DOAH") has jurisdiction in BACP's administrative actions that seek to enforce the MCC.  MCC § 2-25-050; MCC § 2-14-010, -070, -170, -190.

3. Venue is proper before DOAH as the claims herein allege acts that occurred within Chicago and that constitute violations of the MCC.

## PARTIES

4. Petitioner, the City, is a municipal corporation under the laws of the State of Illinois.

5. Respondent, CLMH 16, LLC, is a Delaware limited liability company that has its principal office at 2230 South Michigan Avenue in Chicago, IL 60616.

## STATEMENT OF FACTS

6. BACP is the City department responsible for issuing licenses to operate vehicles as taxicabs in Chicago ("Medallion Licenses") and for regulating persons who hold those licenses ("Medallion License Holders").

7. At all times relevant, Respondent was the Medallion License Holder of Medallion License 2370TX.

8. In Chicago, a Medallion License Holder may enter into a written agreement ("lease") authorizing a licensed public chauffeur to use the Medallion License and the taxicab vehicle operating thereunder for a specific period of time. See MCC 9-112-260 Rules and Regulations for Taxicab Medallion License Holders ("Medallion License Rules"), Rule 8.06.

2

9.  On the following dates and times, Respondent entered
    into Leases relating to Taxicab Medallion 2370TX (the
    "Medallion"), which charged licensed public chauffeur
    Leo McClelland (the "Chauffeur") the following
    excessive charges:

    a. $110.50 for the 48-hour period beginning May 1, 2010
       and ending May 3, 2010 and $78.50 for five
       consecutive 24-hour periods beginning May 3, 2010
       and ending May 7, 2010, which totaled $503.00 for
       the seven-day period ending May 8, 2010 (more than
       the allowable $473.00 maximum cap);

    b. $110.50 for the 48-hour period beginning May 8, 2010
       and ending May 10, 2010 and $78.50 for five
       consecutive 24-hour periods beginning May 10, 2010
       and ending May 15, 2010, which totaled $503.00 for
       the seven-day period ending May 15, 2010 (more than
       the allowable $473.00 maximum cap);

    c. $189.00 for the 72-hour period beginning May 21,
       2010 and ending May 24, 2010 and $78.50 for four
       consecutive 24-hour periods beginning May 24, 2010
       and ending May 28, 2010, which totaled $503.00 for
       the seven-day period ending May 28, 2010 (more than
       the allowable $473.00 maximum cap);

3

d. $189.00 for the 72-hour period beginning June 4, 2010 and ending June 7, 2010 and $78.50 for four consecutive 24-hour periods beginning June 7, 2010 and ending June 11, 2010, which totaled $503.00 for the seven-day period ending June 11, 2010 (more than the allowable $473.00 maximum cap);

e. $189.00 for the 72-hour period beginning June 11, 2010 and ending June 14, 2010 and $78.50 for four consecutive 24-hour periods beginning June 14, 2010 and ending June 18, 2010, which totaled $503.00 for the seven-day period ending June 18, 2010 (more than the allowable $473.00 maximum cap);

f. $189.00 for the 72-hour period beginning June 18, 2010 and ending June 21, 2010 and $78.50 for four consecutive 24-hour periods beginning June 21, 2010 and ending June 25, 2010, which totaled $503.00 for the seven-day period ending June 25, 2010 (more than the allowable $473.00 maximum cap); and

g. $78.50 for the 24-hour period beginning June 25, 2010 and ending June 26, 2010, $110.50 for the 48-hour period beginning June 26, 2010 and ending June 28, 2010, and $78.50 for four consecutive 24-hour periods ending July 2, 2010, which totaled $503.00

4

DOAH - Order (1/00)



### IN THE CITY OF CHICAGO, ILLINOIS
### DEPARTMENT OF ADMINISTRATIVE HEARINGS

| | | |
|---|---|---|
| **CITY OF CHICAGO**, a Municipal Corporation, Petitioner, | ) | Address of Violation: |
| v. | ) | 2230 S Michigan Avenue |
| | ) | |
| Clmh 15 Llc | ) | Docket #: 12CS01066A |
| , Respondent. | ) | |
| | ) | Issuing City |
| | ) | Department: Business Affairs and Consumer Protection |

### FINDINGS, DECISIONS & ORDER

This matter coming for Hearing, notice given and the Administrative Body advised in the premises, having considered the motions, evidence and arguments presented, IT IS ORDERED: As to the count(s), this tribunal finds by a preponderance of the evidence and rules as follows:

| *Finding* | *NOV#* | *Count(s)* | *Municipal Code Violated* | *Penalties* |
|---|---|---|---|---|
| City non-suit | 12SPU03719TX | 2 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
| | | 3 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
| | | 4 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
| | | 5 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
| | | 6 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
| | | 7 | 9-112-260 Only licensed chauffeurs may operate licensed taxicabs (Taxicabs) | $0.00 |
| | | 8 | 9-112-260 Only licensed chauffeurs may operate licensed taxicabs (Taxicabs) | $0.00 |
| | | 9 | 9-112-260 Only licensed chauffeurs may operate licensed taxicabs (Taxicabs) | $0.00 |
| | | 11 | 9-112-260 Only licensed chauffeurs may operate licensed taxicabs (Taxicabs) | $0.00 |
| | | 12 | 9-112-260 Only licensed chauffeurs may operate licensed taxicabs (Taxicabs) | $0.00 |
| | | 13 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
| | | 14 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
| | | 15 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or | $0.00 |

Date Printed: May 1, 2013 4:03 pm

12CS01066A
Page 1 of 2

DOAH - Order                                                                                                    (1/00)



### IN THE CITY OF CHICAGO, ILLINOIS
### DEPARTMENT OF ADMINISTRATIVE HEARINGS

| *Finding* | *NOV#* | Count(s) | *Municipal Code Violated* | *Penalties* |
|---|---|---|---|---|
| City non-suit | 12SPU03719TX | | Deceptive Practice | |
| | | 16 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
| | | 17 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
| | | 18 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
| Liable - By contested finding | 12SPU03719TX | 1 | 9-112-260 R 8.06e Exceeding the lease rate caps | $1,000.00 |
| | | 10 | 9-112-260 Only licensed chauffeurs may operate licensed taxicabs (Taxicabs) | $0.00 |

**Sanction(s):**

Restitution to aggrieved 3rd party                          $180.00

City is to make $180.00 restitution payment to Jones Mirekv, 810 W. Grace #410, Chicago, IL 60613. Disposition is by way of agreement between parties; no admission of liability to any counts.

**Admin Costs:** $40.00

**JUDGMENT TOTAL:** $1,040.00 plus $180.00 Restitution

**Balance Due:** $1,220.00

Respondent is ordered to come into immediate compliance with any/all outstanding Code violations.

ENTERED: _____     89        Dec 5, 2012
              Administrative Law Judge                  ALO#       Date

**This Order may be appealed to the Circuit Court of Cook Co. (Daley Center 6th Fl.) within 35 days by filing a civil law suit and by paying the appropriate State mandated filing fees.**

**Pursuant to Municipal Code Chapter 1-19, the city's collection costs and attorney's fees shall be added to the balance due if the debt is not paid prior to being referred for collection.**

Date Printed: May 1, 2013 4:03 pm

12CS01066A
Page 2 of 2

DOAH - Order    (1/00)



# IN THE CITY OF CHICAGO, ILLINOIS
## DEPARTMENT OF ADMINISTRATIVE HEARINGS

Address of Violation:

**CITY OF CHICAGO**, a Municipal Corporation, Petitioner, )    2230 S Michigan Avenue

v.    )

    )

Yc56 Llc    )    Docket #: 12CS01074A

    , Respondent. )

    )    Issuing City

    )    Department:  Business Affairs and Consumer Protection

### FINDINGS, DECISIONS & ORDER

This matter coming for Hearing, notice given and the Administrative Body advised in the premises, having considered the
motions, evidence and arguments presented, IT IS ORDERED:  As to the count(s), this tribunal finds by a preponderance of
the evidence and rules as follows:

| *Finding* | *NOV#* | *Count(s)* | *Municipal Code Violated* | *Penalties* |
|---|---|---|---|---|
| Continued by ALJ | 12SPU04399TX | 1 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
| | | 2 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
| | | 3 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
| | | 4 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
| | | 5 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
| | | 6 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
| | | 7 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
| | | 8 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
| | | 9 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
| | | 10 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
| | | 11 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
| | | 12 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
| | | 13 | 2-25-090(a)  Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
| | | 14 | 2-25-090(a)  Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
| | | 15 | 2-25-090(a)  Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |

Date Printed:   May 1, 2013 4:05 pm

12CS01074A

Page 1 of 2

DOAH - Order                                                                    (1/00)



## IN THE CITY OF CHICAGO, ILLINOIS
## DEPARTMENT OF ADMINISTRATIVE HEARINGS

| _Finding_ | _NOV#_ | _Count(s)_ | _Municipal Code Violated_ | _Penalties_ |
|---|---|---|---|---|
| Continued by ALJ | 12SPU04399TX | 16 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
| | | 17 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
| | | 18 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |

**Sanction(s):**

See comment section of Case# 12CS01055 A regarding opening discovery pursuant to Rule 6.3.

**Admin Costs:** $0.00

**JUDGMENT TOTAL:** $0.00

**Balance Due:** $0.00

Case is continued to Friday, Jun 14, 2013, at 10:30 am, in Room 107 - Central Hearing Facility, 400 W. Superior, for [ ] service [ X ] hearing.

ENTERED: _Alice L. Wilson_                               73          Apr 23, 2013
Administrative Law Judge                                 ALO#        Date

**This Order may be appealed to the Circuit Court of Cook Co. (Daley Center 6th Fl.) within 35 days by filing a civil law suit and by paying the appropriate State mandated filing fees.**

**Pursuant to Municipal Code Chapter 1-19, the city's collection costs and attorney's fees shall be added to the balance due if the debt is not paid prior to being referred for collection.**

Date Printed:   May 1, 2013 4:05 pm

12CS01074A
Page 2 of 2

Case: 1:17-cv-07047 Document #: 85-2 Filed: 12/12/23 Page 42 of 53 PageID #:1440

DOAH - Order                                                                                      (1/00)



### IN THE CITY OF CHICAGO, ILLINOIS
### DEPARTMENT OF ADMINISTRATIVE HEARINGS

|  |  |  |
|---|---|---|
| **CITY OF CHICAGO**, a Municipal Corporation, Petitioner, | ) | Address of Violation: |
| v. | ) | 2230 S Michigan Avenue |
|  | ) |  |
| Yc56 Llc | ) | Docket #: 12CS01074A |
| , Respondent. | ) |  |
|  | ) | Issuing City |
|  | ) | Department: Business Affairs and Consumer Protection |

### FINDINGS, DECISIONS & ORDER

This matter coming for Hearing, notice given and the Administrative Body advised in the premises, having considered the motions, evidence and arguments presented, IT IS ORDERED: As to the count(s), this tribunal finds by a preponderance of the evidence and rules as follows:

| *Finding* | *NOV#* | *Count(s)* | *Municipal Code Violated* | *Penalties* |
|---|---|---|---|---|
| Continued by ALJ | 12SPU04399TX | 1 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
|  |  | 2 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
|  |  | 3 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
|  |  | 4 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
|  |  | 5 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
|  |  | 6 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
|  |  | 7 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
|  |  | 8 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
|  |  | 9 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
|  |  | 10 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
|  |  | 11 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
|  |  | 12 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
|  |  | 13 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
|  |  | 14 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
|  |  | 15 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |

Date Printed:   May 1, 2013 4:05 pm

12CS01074A

Page 1 of 2

DOAH - Order                                                                    (1/00)



### IN THE CITY OF CHICAGO, ILLINOIS
### DEPARTMENT OF ADMINISTRATIVE HEARINGS

| *Finding* | *NOV#* | *Count(s)* | *Municipal Code Violated* | *Penalties* |
|---|---|---|---|---|
| Continued by ALJ | 12SPU043991X | 16 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
| | | 17 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
| | | 18 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |

**Sanction(s):**

See comment section of Case# 12CS01055 A regarding opening discovery pursuant to Rule 6.3.

**Admin Costs:** $0.00

**JUDGMENT TOTAL:** $0.00

**Balance Due:** $0.00

Case is continued to Friday, Jun 14, 2013, at 10:30 am, in Room 107 - Central Hearing Facility, 400 W. Superior, for [ ] service [ X ] hearing.

ENTERED: *Alice L. Wilson*                                    73          Apr 23, 2013
         Administrative Law Judge                            ALO#        Date

**This Order may be appealed to the Circuit Court of Cook Co. (Daley Center 6th Fl.) within 35 days by filing a civil law suit and by paying the appropriate State mandated filing fees.**

**Pursuant to Municipal Code Chapter 1-19, the city's collection costs and attorney's fees shall be added to the balance due if the debt is not paid prior to being referred for collection.**

Date Printed:   May 1, 2013 4:05 pm

12CS01074A
Page 2 of 2



**IN THE CITY OF CHICAGO, ILLINOIS**
**DEPARTMENT OF ADMINISTRATIVE HEARINGS**

|  |  |  |
|---|---|---|
| **CITY OF CHICAGO**, a Municipal Corporation, Petitioner, | ) | Address of Violation: |
| v. | ) | 2230 S Michigan Avenue |
|  | ) |  |
| Yc46 Llc | ) | Docket #: 12CS01075A |
| , Respondent. | ) |  |
|  | ) | Issuing City |
|  | ) | Department: Business Affairs and Consumer Protection |

<u>**FINDINGS, DECISIONS & ORDER**</u>

This matter coming for Hearing, notice given and the Administrative Body advised in the premises, having considered the motions, evidence and arguments presented, IT IS ORDERED: As to the count(s), this tribunal finds by a preponderance of the evidence and rules as follows:

| *Finding* | *NOV#* | *Count(s)* | *Municipal Code Violated* | *Penalties* |
|---|---|---|---|---|
| City non-suit | 12SPU03929TX | 1 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
|  |  | 2 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
|  |  | 4 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
|  |  | 5 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
|  |  | 6 | 9-112-260 R 8.06e Exceeding the lease rate caps | $0.00 |
|  |  | 8 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
|  |  | 9 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
|  |  | 10 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
|  |  | 11 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
|  |  | 12 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |
|  |  | 13 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
|  |  | 14 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
|  |  | 15 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
|  |  | 16 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
|  |  | 17 | 2-25-090(a) Consumer Fraud, Unfair | $0.00 |

Date Printed:   May 1, 2013 4:07 pm

12CS01075A
Page 1 of 2

DOAH • Order                                                                                   (1/00)



### IN THE CITY OF CHICAGO, ILLINOIS
### DEPARTMENT OF ADMINISTRATIVE HEARINGS

| *Finding* | *NOV#* | *Count(s)* | *Municipal Code Violated* | *Penalties* |
|---|---|---|---|---|
| City non-suit | 12SPU03929TX | | Method of Competition, or Deceptive Practice | |
| | | 18 | 2-25-090(a) Consumer Fraud, Unfair Method of Competition, or Deceptive Practice | $0.00 |
| Liable - By contested finding | 12SPU03929TX | 3 | 9-112-260 R 8.06e Exceeding the lease rate caps | $1,000.00 |
| | | 7 | 9-112-260 Rule 8.09(c) Injunctive or other equitable relief | $0.00 |

**Sanction(s):**

Restitution to aggrieved 3rd party                   $180.00

85751. City to make $180.00 restitution payment to Kobine Diane, 1525 Howard St, Evanston IL 60202. Disposition is by way of agreement between the parties, no admission of liability to any counts.

**Admin Costs:** $0.00

**JUDGMENT TOTAL:** $1,000.00 plus $180.00 Restitution

**Balance Due:** $1,180.00

Respondent is ordered to come into immediate compliance with any/all outstanding Code violations.

ENTERED: _____          95       Dec 11, 2012
                  Administrative Law Judge              ALO#       Date

**This Order may be appealed to the Circuit Court of Cook Co. (Daley Center 6th Fl.) within 35 days by filing a civil law suit and by paying the appropriate State mandated filing fees.**

**Pursuant to Municipal Code Chapter 1-19, the city's collection costs and attorney's fees shall be added to the balance due if the debt is not paid prior to being referred for collection.**

Date Printed:   May 1, 2013 4:07 pm

12CS01075A

Page 2 of 2

# Exhibit E









# Exhibit F

# City of Chicago

## Department of Business Affairs and Consumer Protection

## Taxicab License Holders

### Last Updated on : 1/1/13

### Number of Active Taxicabs : 6,722

| Taxi Number | Company Name | Address | City | State | Zip | Affiliation Name | Vehicle Color | License Manager Name |
|---|---|---|---|---|---|---|---|---|
| 1 | YC1 LLC | 2231 S WABASH | CHICAGO | IL | 60616 | Yellow Cab Affiliation Inc | YELLOW | Taxi Medallion Management, LLC |
| 2 | YC1 LLC | 2231 S WABASH | CHICAGO | IL | 60616 | Yellow Cab Affiliation Inc | YELLOW | Taxi Medallion Management, LLC |
| 3 | YC1 LLC | 2231 S WABASH | CHICAGO | IL | 60616 | Yellow Cab Affiliation Inc | YELLOW | Taxi Medallion Management, LLC |
| 4 | YC1 LLC | 2231 S WABASH | CHICAGO | IL | 60616 | Yellow Cab Affiliation Inc | YELLOW | Taxi Medallion Management, LLC |
| 5 | YC1 LLC | 2231 S WABASH | CHICAGO | IL | 60616 | Yellow Cab Affiliation Inc | YELLOW | Taxi Medallion Management, LLC |
| 6 | YC1 LLC | 2231 S WABASH | CHICAGO | IL | 60616 | Yellow Cab Affiliation Inc | YELLOW | Taxi Medallion Management, LLC |
| 7 | YC1 LLC | 2231 S WABASH | CHICAGO | IL | 60616 | Yellow Cab Affiliation Inc | YELLOW | Taxi Medallion Management, LLC |
| 8 | YC2 LLC | 2231 S WABASH | CHICAGO | IL | 60616 | Yellow Cab Affiliation Inc | YELLOW | Taxi Medallion Management, LLC |
| 9 | YC2 LLC | 2231 S WABASH | CHICAGO | IL | 60616 | Yellow Cab Affiliation Inc | YELLOW | Taxi Medallion Management, LLC |

| Taxi Number | Company Name | Address | City | State | Zip | Affiliation Name | Vehicle Color | License Manager Name |
|---|---|---|---|---|---|---|---|---|
| 1312 | ROSEMOND AGYEMAN | 9352 S WABASH | CHICAGO | IL | 60619 | Gold Coast Taxi Assoc | GOLD | Gold Coast Taxi Association, LLC |
| 1313 | MEDALLION SEVEN LLC. | 5200 N OTTO | CHICAGO | IL | 60656 | Flash Cab Co | WHITE | Chicago Medallion Management, Corp. |
| 1314 | AL-MEDINA ENTERPRISES INC. | 2231 S WABASH | CHICAGO | IL | 60616 | Yellow Cab Affiliation Inc | YELLOW | Owner Manager |
| 1315 | YC22 LLC | 2231 S WABASH | CHICAGO | IL | 60616 | Yellow Cab Affiliation Inc | YELLOW | Taxi Medallion Management, LLC |
| 1316 | JAZZ CAB CO | 545 W DIVISION | CHICAGO | IL | 60610 | Globe Taxi Association Inc | WHITE | Owner Manager |
| 1317 | VASKEN CAB INC III | 2233 S WABASH | CHICAGO | IL | 60616 | Checker Taxi Affiliation | CREAM/GREEN | Owner Manager |
| 1318 | NANA-YAW INC | 4542 N BROADWAY | CHICAGO | IL | 60640 | Gold Coast Taxi Assoc | GOLD | Owner-Operator |
| 1319 | LINCOLNSHIRE SERVICE CORP. | 2231 S WABASH | CHICAGO | IL | 60616 | Yellow Cab Affiliation Inc | YELLOW | Owner Manager |
| 1320 | OSARETIN, INC. | 2601 W PETERSON | CHICAGO | IL | 60659 | City Service Taxi Association | WHITE | Owner Manager |
| 1321 | KILLER DOG CAB CORP | 2617 S WABASH | CHICAGO | IL | 60616 | Royal 3 Ccc Chicago Taxi Assoc | MAROON/ GOLD/STRIPES | Chicago Elite Cab Corp. |
| 1322 | AR & AN INC | 5200 N OTTO | CHICAGO | IL | 60656 | Flash Cab Co | WHITE | Owner Manager |
| 1323 | GRAND CAB COMPANY | 1917 W FERDINAND | CHICAGO | IL | 60622 | Blue Ribbon Assn Inc | WHITE/BLUE/ STRIPES | Grand Cab Company |
| 1324 | EXPLORER CAB INC | 2231 S WABASH | CHICAGO | IL | 60616 | Yellow Cab Affiliation Inc | YELLOW | Owner Manager |
| 1325 | MAROM CAB CORP. | 5200 N OTTO | CHICAGO | IL | 60656 | Flash Cab Co | WHITE | 5-Star-Flash, Inc. |
| 1326 | 1326, CORP. | 2231 S WABASH | CHICAGO | IL | 60616 | Yellow Cab Affiliation Inc | YELLOW | Second City Medallion Manager & Broker Inc. |
| 1327 | GOOD CAB CORP. | 4536 N ELSTON | CHICAGO | IL | 60630 | Dispatch Taxi Affil | ORANGE/BLUE | Owner Manager |