IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Yellow Group LLC; Yellow Cab Affiliation Inc.; Taxi Affiliation Services LLC; Taxi Medallion Management, LLC; YC1 LLC; YC2 LLC; YC17 LLC; YC18 LLC, YC19 LLC; YC20 LLC, YC21 LLC; YC22 LLC; YC25 LLC; YC26 LLC; YC29 LLC; YC32 LLC; YC37 LLC; YC49 LLC; YC51 LLC; YC52 LLC; YC56 LLC; 5 Star Flash, Inc.; Chicago Medallion One LLC; Chicago Medallion Five LLC; Chicago Medallion Six LLC; Chicago Medallion Seven LLC; Chicago Medallion Eleven LLC; and Your Private Limousine, Inc., <br><br>      Plaintiffs, <br><br>  vs. <br><br>Uber Technologies, Inc., <br><br>      Defendant. | DECLARATION OF ANDREW MACDONALD IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO DISMISS <br><br> CIVIL ACTION NO. 12-CV-7967 <br><br> RELATED TO <br> CIVIL ACTION NO. 13-CV-2407 <br><br> Judge Sara L. Ellis |

DECLARATION OF ANDREW MACDONALD IN
SUPPORT OF DEFENDANT UBER TECHNOLOGIES,
INC.'S MOTION TO DISMISS

Pursuant to 28 U.S.C. § 1746, I, Andrew Macdonald, hereby declare as follows:

1. I am at least of eighteen years of age and, if called on to testify as a witness, can testify competently to the matters and facts set forth herein except when those matters and facts are stated on information and belief and, as to those allegations, to the extent permitted by the Federal Rules of Evidence.

2. I reside and work in the City of Chicago, County of Cook, State of Illinois.

3. I am an employee of Uber Technologies, Inc. ("Uber") and have been an employee of Uber since May of 2012.

4. My current roles and titles at Uber are (1) General Manager of Chicago ("Chicago GM") and (2) Regional General Manager, Midwest ("Regional GM"). I have held these roles and titles at Uber since May of 2013.

5. I testified in court as a witness in this case during the hearings on Uber's Motion to Dismiss the First Amended Complaint and Plaintiffs' Motions for Preliminary Injunction and Expedited Discovery on April 29-30, 2013.

6. In my capacities as Chicago GM and Regional GM, I have first-hand knowledge of the contractual agreements with drivers who use the uberX ridesharing request service that is available in Chicago through the Uber smartphone application and mobile website.

7. Drivers who use the uberX ridesharing request service in Chicago do not contract with Uber, nor have they at any time since the uberX ridesharing request service's launch in Chicago.

8. Drivers who use the uberX ridesharing request service in Chicago contract with Raiser, LLC.

9. Raiser, LLC is not a party named in this case.

10. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON December 12, 2013 in
CHICAGO, ILLINOIS

By _____
Andrew Macdonald
General Manager, Chicago
Uber Technologies, Inc.