# EXHIBIT A

| Count | Cause of Action | Sub-claim | Judge Coleman's Decision (Dkt. No. 66) | | Difference between FAC and SAC |
|---|---|---|---|---|---|
| | | | Standing | FAC States a Claim | |
| I | Lanham Act - False Advertising | "20% gratuity" | | No | Carved out of Count I (SAC ¶ 177) |
| | | "standard taxi rates" | Yes (Decision 2-3) | Sufficiently factual representation, but Plaintiffs must better identify a commercial interest (Decision at 5) | Cured: Specified Plaintiffs' commercial interests and how they are damaged (SAC ¶ 58) |
| | | "premium" and "high quality" services | | No | Carved out of Count I (SAC ¶ 177) |
| | | driver licensing and insurance | | Yes (Decision at 6) | -- |
| | | UberX insurance | | N/A | Added allegations relating to Uber's misrepresentation of insurance coverage for UberX (SAC ¶¶ 37-47) |
| II | Lanham Act - False Association | -- | Yes (Decision 2-3) | Yes (Decision at 6-7) | Added new allegations further demonstrating Uber's efforts to falsely associate with Plaintiffs (SAC ¶¶ 62-63) |
| III | Illinois Deceptive Trade Practices Act | -- | Yes (Decision 2-3) | Yes (Decision at 7) | -- |
| IV | Illinois Consumer Fraud and Deceptive Business Practice Act | (see Count III) | Yes (Decision 2-3) | See Count III (Decision at 7) | Cured (see Count III) |
| V | Tortious Interference with Contracts | drivers' obligation to abide by laws | Yes (Decision 2-3) | Yes (Decision at 7-8) | -- |
| | | drivers' obligation not to associate with other brands/dispatch companies | | Plaintiffs must identify the contractual provisions breached (Decision at 7-8) | Cured: Identified and quoted contractual provisions breached (SAC ¶¶ 105-06) |
| VI | Common Law Unfair Competition | (discussed collectively in the Decision) | Yes (Decision 2-3) | Yes (Decision at 8-9) | -- |